# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 15 |
| Lighthouse Immersive Inc., *et al.* | Case No. 23-11021 (LSS) |
| Debtors in a Foreign Proceeding.[1] | Joint Administration Requested |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR FIRST-DAY HEARING ON JULY 28, 2023, AT 9:00 A.M. (EASTERN TIME)

> **This hearing will be conducted in-person. Any exceptions must be approved by chambers.**
>
> **Parties may observe the hearing remotely by registering with the Zoom link below no later than July 28, 2023 at 7:00 a.m.**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJItdemvrDkuGwcgegO0EZWfcUrZaUY_tr0**
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**
>
> **Topic:  In re Lighthouse Immersive Inc., *et al.***
>
> **Time:  July 28, 2023 at 9:00 a.m. Eastern Time (US and Canada)**

### PETITIONS

1.  Voluntary Petitions

    a. Lighthouse Immersive Inc.
    b. Lighthouse Immersive USA Inc.

### DECLARATION IN SUPPORT

2.  Declaration of Corey Ross in Support of (I) Chapter 15 Petitions for Recognition of Foreign Proceeding, (II) Motion of the Foreign Representative for Entry of Provisional and Final Relief in Aid of Foreign Proceeding, and (III) Certain Related Relief (D.I. 2, filed 7/27/23).

---

[1]  The Debtors and the last four digits of its U.S. Federal Employer Identification Numbers or other unique identifier are as follows: Lighthouse Immersive Inc. (9411) (Ontario Corporation No.) and Lighthouse Immersive USA Inc. (2401) (FEIN).  The Debtors' mailing address is 640 Briar Hill Avenue, Toronto, Ontario, Canada, M5N 1N2.

**PLEASE TAKE FURTHER NOTICE** that, a videoconference hearing with respect to the following first day motions (collectively, the "First Day Motions"), to the extent set forth below, is scheduled for **July 28, 2023 at 9:00 A.M. (prevailing Eastern Time)** (the "First Day Hearing") before the Honorable **Laurie Selber Silverstein**, United States Bankruptcy Judge for the District of Delaware.

## MATTERS GOING FORWARD

3. Motion of the Foreign Representative for Joint Administration of Chapter 15 Cases and Related Relief (D.I. 3, filed 7/27/23).

   Status:  This matter is going forward.

4. Motion of the Foreign Representative for Entry of an Order (I) Specifying Form and Manner of Service of the Recognition Hearing Notice Under Sections 105(a), 1514 and 1515 of the Bankruptcy Code and Bankruptcy Rules 2002 and 9007, (II) Scheduling Hearing, and (III) Granting Related Relief (D.I. 4, filed 7/27/23).

   Status:  This matter is going forward.

5. Motion of the Foreign Representative for Entry of Provisional and Final Orders Granting Recognition of Foreign Proceeding and Certain Related Relief Under Sections 105(a), 362, 365, 1517, 1519, 1520 and 1521 of the Bankruptcy Code (D.I. 5, filed 7/27/23).

   Status:  This matter will be going forward.

**PLEASE TAKE FURTHER NOTICE** that parties who wish to participate in the First Day Hearing may do so by registering via the following link: https://debuscourts.zoomgov.com/meeting/register/vJItdemvrDkuGwcgegO0EZWfcUrZaUY_tr0 Once registered, parties will receive an email providing them with the log-in information for the hearing.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the First Day Motions may be made at the First Day Hearing.

Dated:  July 27, 2023
       Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/  Derek C. Abbott*
Derek C. Abbott (No. 3367)
Tamara K. Mann (No. 5643)
1201 N. Market St., 16th Floor
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile:  (302) 658-3989
dabbott@morrisnichols.com
tmann@morrisnichols.com

- and -

MILLER THOMSON LLP
Kyla Mahar (LSO# 44182G)
Gina Rhodes (LSO# 78849U)
40 King Street West, Suite 5800
Toronto (Ontario), Canada M5H 3S1
Telephone: (416) 597-4303
kmahar@millerthomson.com
grhodes@millerthomson.com

*Counsel for the Foreign Representative*