# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 15 |
| Lighthouse Immersive Inc., | Case No. 23-11021 (LSS) |
| Debtor in a Foreign Proceeding. | Joint Administration Requested |
| In re | Chapter 15 |
| Lighthouse Immersive USA Inc, | Case No. 23-11022 (LSS) |
| Debtor in a Foreign Proceeding. | Joint Administration Requested |

**ORDER DIRECTING JOINT ADMINISTRATION OF**
**CHAPTER 15 CASES AND GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[1] of Lighthouse Immersive Inc., solely in its capacity as court-appointed foreign representative (the "Foreign Representative"), manager, and authorized foreign representative of Lighthouse Immersive Inc. ("Lighthouse CA") and Lighthouse Immersive USA Inc. ("Lighthouse USA" and, with Lighthouse CA, the "Debtors"), and not in its personal or corporate capacity, for entry of an order: (i) directing the joint administration of these cases for procedural purposes only pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b) and Local Rule 1015-1; (ii) authorizing the filing of a consolidated list pursuant to Bankruptcy Rule 1007(a)(4); and (iii) granting related relief; and the Court having reviewed and considered the Motion and the Ross Declaration; and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

    1.    The relief requested in the Motion is GRANTED as set forth herein.

---

[1] Capitalized terms not defined herein are defined in the Motion.

2.  Pursuant to Bankruptcy Rule 1015(b), the Debtors' chapter 15 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under the docket of Case No. 23-11021 (LSS).

3.  The Clerk of Court shall maintain one file and one docket for these jointly administered cases, which file and docket for each of these chapter 15 cases shall be the file and docket for Lighthouse Immersive Inc., Case No. 23-11021 (LSS).

4.  All pleadings and other papers filed in these chapter 15 cases shall bear a consolidated caption in the following form:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 15 |
| Lighthouse Immersive Inc., *et al.*, | Case No. 23-11021 (LSS) |
| Debtors in a Foreign Proceeding.[1] | Jointly Administered |

---

[1]  The Debtors and the last four digits of its U.S. Federal Employer Identification Numbers or other unique identifier are as follows: Lighthouse Immersive Inc. (9411) (Ontario Corporation No.) and Lighthouse Immersive USA Inc. (2401) (FEIN). The Debtors' mailing address is 640 Briar Hill Avenue, Toronto, Ontario, Canada, M5N 1N2.

5.  The foregoing caption satisfies the requirements set forth in section 342(c) of the Bankruptcy Code and Bankruptcy Rule 1005 in all respects.

6.  The following notation shall be entered on the docket of the chapter 15 case of Lighthouse Immersive, Inc., to reflect the joint administration of these cases:

> An Order has been entered in this case in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing the procedural consolidation and joint administration of the chapter 15 cases of Lighthouse Immersive Inc. and Lighthouse Immersive USA Inc. The docket in Case No. 23-11021 (LSS) should be consulted for all matters affecting this case.

7. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the above-captioned cases.

8. The Foreign Representative is authorized to file and utilize a combined list under Bankruptcy Rule 1007(a)(4) for the Debtors' jointly-administered cases and may send combined notices to creditors of the Debtors and other parties in interest where appropriate.

9. The Foreign Representative is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

10. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry, and the Clerk is hereby directed to enter this Order on the docket in the chapter 15 case of each of the Debtors.

11. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: July 28th, 2023
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE