# Exhibit A

# Service List

# SERVICE LIST

**BY U.S. MAIL**

Microcosm
2752 North Williams Avenue
Portland, OR  97227

Lighthouse Magic Maze USA Inc.
1201 N. Orange Street
Suite 762
Wilmington, DE  19801

Checkr
1201 N. Orange Street
Suite 762
Wilmington, DE  19801

Carol Fox and Associates, Inc.
1412 W. Belmont Ave.
Chicago, IL  60657

Maestro Immersive Art, Inc.
2005 Palmer Avenue  #1013
Larchmont, NY  10538

Maestro Immersive Art, Inc.
c/o The Corporation
4 Harness Court
North Salem, NY  10560

Proskauer Rose LLP
Eleven Times Square
New York, NY  10036

Michael Nott
1201 N. Orange Street
Suite 762
Wilmington, DE  19801

Lighthouse Immersive Studios Inc.
1201 N. Orange Street
Suite 762
Wilmington, DE  19801

Move Solutions
2201 Chemsearch Boulevard
Dept DA
Irving, TX  75062

Natalia Holler
130 Columbus Avenue
Boston, MA  2116

Eamotion, LLC
235 Park Ave S Fl 9
New York, NY  10003

NYC & Company, Inc
810 7th Avenue 3rd Floor
New York, NY  10019

LHIM Productions, LLC
c/o Richards Layton & Finger
Attn: Travis S. Hunter
One Rodney Square
920 N. King Street
Wilmington, DE  19801

Plexi-Craft Quality Products Corp.
200 Lexington Avenue
Suite 914
New York, NY  10016-9994

Meta Platforms, Inc.
15161 Collections Center Dr.
Chicago, IL  60693

Ingram Publisher Services LLC
4400 Harding Pike
Nashville, TN  37205

Flyspace Productions
2731 N. Charles Street
Pittsburgh, PA  15217

Harlon, LLC
603 S Saylor Ave
Elmhurst, IL  60126

HC Marketing
La Prada Place
Las Vegas, NV  89138

Herc Rentals Inc.
27500 Riverview Center Blvd
Suite 100
Bonita Springs, FL  34134

Diversified Int'l Service Logistics
System Corp
1805 Rollins Road
Burlingame, CA  94010

Dina E. Meyers
1201 N. Orange Street
Suite 762
Wilmington, DE  19801

Lighthouse Immersive Studios USA Corp.
1201 N. Orange Street
Suite 762
Wilmington, DE  19801

Impact Museums Inc.
c/o Richards Layton & Finger
Attn: Travis S. Hunter
One Rodney Square
920 N. King Street
Wilmington, DE  19801

Christopher Badi Hougland
7902 Kara Court
Greenbelt, MD  20770

JobTarget
Dept CH 16743
Palatine, IL  60055-6743

JobTarget
600 Summer St 5th Floor
Stamford, CT  06901

John B. Caprio
1100 Grant Street
Unit 408
Denver, CO  80203

2150 Investment Co.
Attn: Gerald Quinn
4329 Shelbourne Lane
Columbus, OH  43220

Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE  19801

Parker Sela
1201 N. Orange Street
Suite 762
Wilmington, DE  19801

Immersive Art Space LP
1201 N. Orange Street
Suite 762
Wilmington, DE  19801

U.S. Trustee
District of Delaware
844 King Street, Ste. 2207
Lockbox #35
Wilmington, DE  19801

Araca Merchandise LP
545 West 45th Street, 10th Flr
New York, NY  10036

Sprout Social, Inc.
131 S Dearborn St., Ste 700
Chicago, IL  60603

R2 Property Management, LLC
Attn: Marc Garrison
1315 N. North Branch Street
Suite D
Chicago, IL  60642

Anida N Chareunsouk
1201 N. Orange Street
Suite 762
Wilmington, DE  19801

Technology Humans and Taste LLC
120 Walker Street
Floor 2
New York, NY  10013

The Sterling Law Office LLC
112 South Sangamon Street
Suite 101
Chicago, IL  60607

Aryel Gullion
1201 N. Orange Street
Suite 762
Wilmington, DE  19801

U.S. Law Group
427 North Canon Drive
Suite 206
Beverly Hills, CA  90210

Apply Stickers Inc.
90 Furman St.
Brooklyn, NY  11201

Uline
12575 Uline Drive
Pleasant Prairie, WI  53158

UPS Supply Chain Solutions, Inc.
28013 Network Place
Chicago, IL  60673-1280

850 E 72nd LLC
c/o Cushman and Wakefield
Attn: Rico Pietro
3 Summit Park Drive
Suite 200
Independence, OH  44131

Waldman Hirsch and Company, LLP
3 Second Street
Suite 204
Jersey City, NJ  07311

William Thompson
1201 N. Orange Street
Suite 762
Wilmington, DE  19801

Wilson Sonsini Goodrich Rosati
PO Box 742866
Los Angeles, CA  90074-2866

Albert Asante
1201 N. Orange Street
Suite 762
Wilmington, DE  19801

Barclay Damon LLP
1201 N. Orange Street
Suite 762
Wilmington, DE  19801

Beth Zylski
1201 N. Orange Street
Suite 762
Wilmington, DE  19801

Avalara
Dept CH 16781
Palantine, IL  60055

Rumor Agency
1105 Canyon View Road 106
Sagamore Hills, OH  44067

Rivers & Moorehead PLLC
398 S. Mill Avenue, Suite 307
Tempe, AZ  85281-2840

Rita Russo
1105 Canyon View Road
Apt. 106
Sagamore Hills, OH  44067

SCS Finance, Inc.
874 Walker Road, Ste. C
Dover, DE  19904

Sean Richards
1201 N. Orange Street
Suite 762
Wilmington, DE  19801

Regency Realty Investors, LLC
Attn: Isiah R. Salazar
2500 17th Street
Suite 201
Denver, CO  80211

Sunbelt Rentals, Inc.
PO Box 99257
Station Terminal
Vancouver,   V6B 0N5
British Columbia

Beyond Digital Imaging
7 Esna Park Drive, Unit 12-14
Markham
Ontario,   L3R 6E7
Canada

C. Derrick Chua
9100 Jane Street
Bldg A, Suite 208
Concord
Ontario,   L4K 0A4
Canada

Blok Music
334 Pacific Avenue
Toronto
Ontario,   M6P 2P9
Canada

Adam Tesyaev
1 Yonge Street
Toronto
Ontario,   M5E 2A3
Canada

Demilo Films Inc
22 Thelma Avenue
Toronto
Ontario,   M4V 1X9
Canada

Binworks Inc
31 White Spruce Crescent
Vaughn
Ontario,   L6A 4C6
Canada

Dvoretsky Holding Inc.
1 Yonge Street
Toronto
Ontario,   M5E 2A3
Canada

Brand Blvd
261 Martindale Road, Unit 13
St. Catharines
Ontario,   L2W 1A2
Canada

Daniel Swartz
1 Yonge Street
Toronto
Ontario,   M5E 2A3
Canada

Aird Berlis LLP
Brookfield Place
181 Bay St., Suite 18
Toronto
Ontario,   M5J 2T9
Canada

Co-op Cabs
130 Rivalda Rd,
Toronto
Ontario,   M9M 2M8
Canada

Cloud Space Inc.
73 Robert Berry Cresent
King City
Ontario,   L7B OM6
Canada

Andrei Mazuruc
686 Mississauga Valley Blvd.
Mississauga,   L5A 1Z4
Canada

Claire Joven
1 Yonge Street
Toronto
Ontario,   M5E 2A3
Canada

Brian Illion Professional Corporation
14-33 Bay Street
Toronto
Ontario,   M5H 2S8
Canada

Canaccord Genuity Corp
40 Temperance St, Ste 2100
Toronto
Ontario,   M5H 0B4
Canada

Arabelle Samaniego
1 Yonge Street
Toronto
Ontario,   M5E 2A3
Canada

B. Riley Farber Inc.
Attn: A. Nackan/Hylton Levy
150 York Street, Ste 1600
Toronto
Ontario,   M5H 3S5
Canada

Canada Revenue Agency (Income Taxes)
4695 Blvd de Shawinigan-Sud
Shawinigan-Sud
Quebec,   G9N 6T5
Canada

Corey Ross Productions Inc.
1 Yonge Street
Toronto
Ontario,   M5E 2A3
Canada

Simon Clemo
478 Salem Avenue N.
Toronto
Ontario,   M6H 3H1
Canada

Production Resource Group ("PRG")
c/o LockBox 91766
PO Box 49 Stn A
Toronto
Ontario,   M5W E9
Canada

Lighthouse Immersive Inc.
c/o Miller Tomson LLP
Attn: K. Mahar & G. Rhodes
Scotia Plaza
40 King Street W, Ste 5800
P.O. Box 1011
Toronto
Ontario,   M5H 3S1
Canada

Royal Bank of Canada
36 York Mills Road, 4th Flr.
North York
Ontario,   M2P 2E9
Canada

Safety First Training
2425 Matheson Blvd E, 8th Flr
Mississauga
Ontario,   L4W 5K4
Canada

SFIR Consulting Ltd.
30 Ohr Menachem Way
Thornhill
Ontario,   L4J 8X7
Canada

Peder Pedersen
3506-181 Dundas Street E
Toronto,   M5A 0N5
Canada

Silent Beats Events
5247 Marcel Cres.
Niagara Falls
Ontario,   L2E7M5
Canada

PricewaterhouseCoopers LLP
PwC Tower
18 York Street, Suite 2600
Toronto
Ontario,   M5J 0B2
Canada

Slava Z Holdco Inc.
16 McCombe Lane
Maple
Ontario,   L6A 4G2
Canada

Starvox Entertainment Inc.
1 Yonge Street
Ontario,   M5E 2A3
Canada

Stosic & Associates Ltd.
385 Brunswick Ave, Ste 54
Toronto
Ontario,   M5R 3R1
Canada

The Printing House (CAD)
1403 Bathurst Street
Toronto
Ontario,   M5R 3H8
Canada

twenty6two International Inc.
1 Yonge Street
Toronto
Ontario,   M5E 2A3
Canada

Vadim Korol
1 Yonge Street
Toronto
Ontario,   M5E 2A3
Canada

Show One Productions Inc.
1 Yonge Street
Toronto
Ontario,   M5E 2A3
Canada

Kuo-Cheng Lin
1 Yonge Street
Toronto
Ontario,   M5E 2A3
Canada

Fortis Consulting
300 Steelcase Rd. W, Unit 29
Markham
Ontario,   L3R 2W2
Canada

Higher Ground Rigging & Metal Fabrication
1314 Lansdowne Ave.
Toronto
Ontario,   M6H 3Z8
Canada

HumanaCare
445 Apple Creek Blvd, Ste 202
Markham
Ontario,   L3R 9X7
Canada

Imex Customs Brokers
335 Airway Drive
Mississauga
Ontario,   L4V 1T3
Canada

Intergroup Facility Services Inc.
16 Sims Cres., Unit 22
Richmond Hill
Ontario,   L4B 2P1
Canada

Richard Vainio
462 Rhodes Avenue
Toronto,   M4L 3A5
Canada

Kayla Kangas
61 Rowntree Ave  Toronto
Toronto,   M6N 1R8
Canada

Ocean Stream Inc.
146 Thirtieth Street
Etobicoke
Ontario,   M8W 3C4
Canada

Lighthouse Immersive Studios Inc.
1 Yonge Street
Toronto
Ontario,   M5E 2A3
Canada

Lighthouse Immersive Studios USA Corp.
1 Yonge Street
Toronto
Ontario,   M5E 2A3
Canada

Lightspeed Retail
700 Rue Saint-Antoine E
Suite 300
Montreal
Quebec,   H2Y 1A6
Canada

Linda Litwack
2 Flanders Road
Toronto
Ontario,   M6C 3K6
Canada

Maria Klos Padi
102-220 Lake Promenade
Etobicoke
Ontario,   M8W 1A9
Canada

Michael Zarathus-Cook
72 Vermont Ave, Apt B
Toronto
Ontario,   M6G 1X9
Canada

Natasha Abramova
1 Yonge Street
Toronto
Ontario,   M5E 2A3
Canada

Joana Provido
33 Isabella St., #2108
Toronto
Ontario,   M4Y 2P7
Canada

Banco de Mexico
Banco central en
Av. 5 de Mayo 2
Colonia Centro, Centro
Cuauhtémoc, Código
Alcaldía Ciudad de México,   06000
CDMX Mexico

Tickx Limited
11 Leadenhall Street
London,   EC3V 1LP
England

akg-images Ltd
42 Beulah Road, Unit 1
London,   SW19 3SB
England

Eccentric Visions LLC
Visioni Eccentriche
Via Isidoro del Lungo
Rome,   26 - 00137
Italy

Tuff Gong International Ltd.
220 Marcus Garvey Drive
Kingston 11, Jamaica
W.I.

17013164