# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 15 |
| Lighthouse Immersive Inc., *et al.* | Case No. 23-11021 (LSS) |
| Debtors in a Foreign Proceeding.[1] | Jointly Administered |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF THE FOREIGN REPRESENTATIVE FOR ENTRY OF PROVISIONAL AND FINAL ORDERS GRANTING RECOGNITION OF FOREIGN PROCEEDING AND CERTAIN RELATED RELIEF UNDER SECTIONS 105(A), 362, 365, 1517, 1519, 1520 AND 1521 OF THE BANKRUPTCY CODE**

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to the *Motion of the Foreign Representative for Entry of Provisional and Final Orders Granting Recognition of Foreign Proceeding and Certain Related Relief Under Sections 105(a), 362, 365, 1517, 1519, 1520 and 1521 of the Bankruptcy Code* [D.I. 5] (the "Motion"), filed on July 28, 2023.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in this case and that no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Motion, objections to the Motion were to be filed and served no later than August 17, 2023, at 4:00 p.m. (ET).

WHEREFORE, the Foreign Representative respectfully requests that the Final Order attached to the Motion be entered at the earliest convenience of the Court.

---

[1] The Debtors and the last four digits of its U.S. Federal Employer Identification Numbers or other unique identifier are as follows: Lighthouse Immersive Inc. (9411) (Ontario Corporation No.) and Lighthouse Immersive USA Inc. (2401) (FEIN). The Debtors' mailing address is 640 Briar Hill Avenue, Toronto, Ontario, Canada, M5N 1N2.

Dated:  August 18, 2023
       Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/  Tamara K. Mann*
Derek C. Abbott (No. 3367)
Tamara K. Mann (No. 5643)
1201 N. Market St., 16th Floor
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile:  (302) 658-3989
dabbott@morrisnichols.com
tmann@morrisnichols.com

- and -

MILLER THOMSON LLP
Kyla Mahar (LSO# 44182G)
Gina Rhodes (LSO# 78849U)
40 King Street West, Suite 5800
Toronto (Ontario), Canada M5H 3S1
Telephone: (416) 597-4303
kmahar@millerthomson.com
grhodes@millerthomson.com

*Counsel for the Foreign Representative*