**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 15 |
| Lighthouse Immersive Inc., *et al.* | Case No. 23-11021 (LSS) |
| Debtors in a Foreign Proceeding.[1] | Joint Administration Requested |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 24, 2023, AT 2:30 P.M. (EASTERN TIME)**

> **This hearing will be conducted in-person and by Zoom.**
>
> **Parties may attend the hearing remotely by registering with the Zoom link below no later than August 24, 2023 at 8:00 a.m.**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJItcuispzouGPVNF8k1q372ZCKvDieo3RE**
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**
>
> **Topic:  In re Lighthouse Immersive Inc., *et al.***
>
> **Time:  August 24, 2023 at 2:30 p.m. Eastern Time (US and Canada)**

**PETITIONS**

1. Voluntary Petitions

    a. Lighthouse Immersive Inc.
    b. Lighthouse Immersive USA Inc.

**DECLARATION IN SUPPORT**

2. Declaration of Corey Ross in Support of (I) Chapter 15 Petitions for Recognition of Foreign Proceeding, (II) Motion of the Foreign Representative for Entry of Provisional and Final Relief in Aid of Foreign Proceeding, and (III) Certain Related Relief (D.I. 2, filed 7/27/23).

---

[1] The Debtors and the last four digits of its U.S. Federal Employer Identification Numbers or other unique identifier are as follows: Lighthouse Immersive Inc. (9411) (Ontario Corporation No.) and Lighthouse Immersive USA Inc. (2401) (FEIN).  The Debtors' mailing address is 640 Briar Hill Avenue, Toronto, Ontario, Canada, M5N 1N2.

**MATTERS UNDER CERTIFICATION**

3.  Motion of the Foreign Representative for Entry of Provisional and Final Orders Granting Recognition of Foreign Proceeding and Certain Related Relief Under Sections 105(a), 362, 365, 1517, 1519, 1520 and 1521 of the Bankruptcy Code (D.I. 5, filed 7/27/23).

    Objection Deadline: August 17, 2023, at 4:00 p.m. (ET)

    Responses Received: None.

    Related Documents:

    a.  Order (WITH EDITS) Granting Provisional Relief Under Sections 105(a), 362, 365, 1517, 1519, 1520 and 1521 of the Bankruptcy Code (D.I. 10, entered 7/28/23);

    b.  Notice of Service of Notice of (I) Filing of Chapter 15 Petitions, (II) Entry of Provisional Order, (III) Motion for Recognition of Foreign Proceeding and Related Relief, and (IV) Hearing on Petitions and Related Relief (D.I. 14, filed 8/3/23); and

    c.  Certificate of No Objection Regarding Motion of the Foreign Representative for Entry of Provisional and Final Orders Granting Recognition of Foreign Proceeding and Certain Related Relief Under Sections 105(a), 362, 365, 1517, 1519, 1520 and 1521 of the Bankruptcy Code (D.I. 16, filed 8/18/23).

    Status: This matter is going forward. A certificate of no objection has been filed.

(*Signature page follows.*)

Dated: August 22, 2023
      Wilmington, Delaware

                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/  Derek C. Abbott*
Derek C. Abbott (No. 3367)
Tamara K. Mann (No. 5643)
1201 N. Market St., 16th Floor
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile:  (302) 658-3989
dabbott@morrisnichols.com
tmann@morrisnichols.com

- and -

MILLER THOMSON LLP
Kyla Mahar (LSO# 44182G)
Gina Rhodes (LSO# 78849U)
40 King Street West, Suite 5800
Toronto (Ontario), Canada M5H 3S1
Telephone: (416) 597-4303
kmahar@millerthomson.com
grhodes@millerthomson.com

*Counsel for the Foreign Representative*