**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 15 |
| Lighthouse Immersive Inc., *et al.* | Case No. 23-11021 (LSS) |
| Debtors in a Foreign Proceeding.[1] | Jointly Administered |
| | **RE D.I. 5, 10** |

**CERTIFICATION OF COUNSEL REGARDING FINAL ORDER GRANTING**
**RECOGNITION OF FOREIGN MAIN PROCEEDING AND CERTAIN RELATED**
**RELIEF UNDER SECTIONS 105(a), 362, 365, 1517, 1519, 1520 AND 1521 OF**
**BANKRUPTCY CODE**

The undersigned counsel to the authorized foreign representative of Lighthouse Immersive Inc. ("Lighthouse CA") and Lighthouse Immersive USA Inc. ("Lighthouse USA," and, with Lighthouse CA, the "Debtors") hereby certifies as follows:

1.      On July 27, 2023 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 15 of the Bankruptcy Code.

2.      Also on the Petition Date, the Foreign Representative filed the *Motion of the Foreign Representative for Entry of Provisional and Final Orders Granting Recognition of Foreign Proceeding and Certain Related Relief Under Sections 105(a), 362, 365, 1517, 1519, 1520 and 1521 of the Bankruptcy Code* (the "Motion") (D.I. 5).  Attached to the Motion as Exhibit B was a proposed form of final order (the "Proposed Final Order").

3.      On August 24, 2023, at 2:30 p.m. (ET), the United States Bankruptcy Court for the District of Delaware (the "Court") held a hearing (the "Final Recognition Hearing") to

---

[1]      The Debtors and the last four digits of its U.S. Federal Employer Identification Numbers or other unique identifier are as follows: Lighthouse Immersive Inc. (9411) (Ontario Corporation No.) and Lighthouse Immersive USA Inc. (2401) (FEIN).  The Debtors' mailing address is 640 Briar Hill Avenue, Toronto, Ontario, Canada, M5N 1N2.

consider the relief requested in the Motion on a final basis.  At the Final Recognition Hearing, the Court provided comments to the Proposed Final Order.

6.      The Debtors have revised the Proposed Final Order (the "<u>Revised Proposed Final Order</u>") to resolve the comments received from the Court.  A copy of the Revised Proposed Final Order is attached hereto as **<u>Exhibit A</u>**.

7.      For the convenience of the Court and all parties in interest, a blackline comparing the Revised Proposed Final Order to the Proposed Final Order is attached hereto as **<u>Exhibit B</u>**.

WHEREFORE, the Foreign Representative respectfully requests that the Court enter the Revised Proposed Final Order at its earliest convenience.

Dated: August 24, 2023                  Respectfully submitted,
Wilmington, Delaware                    */s/ Derek C. Abbott*
                                    **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
                                    Derek C. Abbott (No. 3376)
                                    Tamara K. Mann (No. 5643)
                                    1201 Market Street, 16th Floor
                                    Wilmington, Delaware 19801
                                    Telephone: (302) 658-9200
                                    Facsimile: (302) 658-3989
                                    Email:  dabbott@morrisnichols.com
                                              tmann@morrisnichols.com

                                    *Counsel to the Foreign Representative*