# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| LIGHTHOUSE IMMERSIVE, INC., *et al.*,[1] | Case No. 23-11021 (LSS) |
| Debtors in a Foreign Proceeding. | Jointly Administered |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the law firms of Thompson Hine LLP and Womble Bond Dickinson (US) LLP hereby appear on behalf of LHIMP (ABC), LLC, as assignee for LHIM Productions, LLC, pursuant to Rules 2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §1109(b), hereby request that all notices given or required in these cases, and all documents, and all other papers served in these cases, be given to and served upon:

| THOMPSON HINE LLP | WOMBLE BOND DICKINSON (US) LLP |
|---|---|
| Scott B. Lepene | Matthew P. Ward |
| 3900 Key Center | Morgan L. Patterson |
| 127 Public Square | 1313 North Market Street, Suite 1200 |
| Cleveland, Ohio 44114-1291 | Wilmington, Delaware 19801 |
| Telephone: (216)566-5500 | Telephone: (302) 252-4320 |
| Facsimile: (216) 566-5800 | Facsimile: (302) 252-4330 |
| Email: Scott.Lepene@ThompsonHine.com | Email: matthew.ward@wbd-us.com |
| | Email: morgan.patterson@wbd-us.com |

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and

---

[1] The Debtors and the last four digits of its U.S. Federal Employer Identification Numbers or other unique identifier are as follows: Lighthouse Immersive Inc. (9411) (Ontario Corporation No.) and Lighthouse Immersive USA Inc. (2401) (FEIN). The Debtors' mailing address is 640 Briar Hill Avenue, Toronto, Ontario, Canada, M5N 1N2.

whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a district judge, (2) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to this case, (3) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which the Prepetition Agent, in any capacity, is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: August 25, 2023

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Matthew P. Ward*
Matthew P. Ward (Del. Bar No. 4471)
Morgan L. Patterson (Del. Bar No. 5388)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: matthew.ward@wbd-us.com

and

THOMPSON HINE LLP
Scott B. Lepene
3900 Key Center
127 Public Square
Cleveland, Ohio 44114-1291
Telephone: (216)566-5500
Facsimile: (216) 566-5800
Email: Scott.Lepene@ThompsonHine.com

*Counsel to LHIMP (ABC), LLC, as assignee for LHIM Productions, LLC*