**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>Lighthouse Immersive Inc., *et al.*,<br><br>　　　　Debtors in a Foreign Proceeding[1]. | ) <br> ) Chapter 15 <br> ) <br> ) Case No. 23-11021 (LSS) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) **Objection Deadline: 9/25/2023 at 4:00 p.m.** <br> **Hearing Date: 10/2/2023 at 11:00 a.m.** |

## NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

City National Bank ("**Movant**") has filed a *Motion for Relief from the Automatic Stay* which seeks the following relief: to pursue its foreclosure remedies under applicable nonbankruptcy law with respect to the Collateral and to terminate the Credit Card Agreement.

HEARING ON THE MOTION WILL BE HELD ON **OCTOBER 2, 2023 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHIEF JUDGE LAURIE SELBER SILVERSTEIN, AT THE BANKRUPTCY COURT, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(c)) to the attached motion at least seven days before the above hearing date.

At the same time, you must also serve a copy of the response upon Movant's attorneys:

| | |
|---|---|
| Michael V. DiPietro | Randye B. Soref |
| **POLSINELLI PC** | **POLSINELLI LLP** |
| 222 Delaware Avenue, Suite 1101 | 2049 Century Park East, Suite 2900 |
| Wilmington, Delaware 19801 | Los Angeles, California 90067 |
| Telephone: (302) 252-0920 | Telephone: (310) 203-5367 |
| Facsimile: (302) 252-0921 | Facsimile: (310) 556-1802 |
| mdipietro@polsinelli.com | rsoref@polsinelli.com |

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

---

[1] The Debtors and the last four digits of its U.S. Federal Employer Identification Numbers or other unique identifier are as follows: Lighthouse Immersive Inc. (9411) (Ontario Corporation No.) and Lighthouse Immersive USA Inc. (2401) (FEIN). The Debtors' mailing address is 640 Briar Hill Avenue, Toronto, Ontario, Canada, M5N 1N2.

91061060.1

      The attorneys for the parties shall confer with respect to the issues raised by the motion in advance of the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

| | |
|---|---|
| Dated: August 30, 2023<br>      Wilmington, Delaware | **POLSINELLI PC**<br><br>*/s/ Michael V. DiPietro*<br>Michael V. DiPietro (Del. Bar No. 6781)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>mdipietro@polsinelli.com<br><br>*Counsel for City National Bank* |