## **Exhibit A**

Proposed Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Lighthouse Immersive Inc., *et al*.,<br><br>        Debtors in a Foreign Proceeding[1]. | ) <br> ) Chapter 15 <br> ) <br> ) Case No. 23-11021 (LSS) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) **Re: Docket No. __** |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Upon the *Motion of City National Bank for Relief from the Automatic Stay* (the "**Motion**")[2], and the Court having reviewed the Motion and the Moore Declaration, and this Court possessing jurisdiction to consider the Motion, and venue being proper, and notice of the Motion having been sufficient under the circumstances, and the Court having considered the Motion and all papers related thereto, and the relief requested in the Motion being warranted,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED, as set forth herein.

2. The automatic stay of Section 362(a) of the Bankruptcy Code is hereby terminated pursuant to Section 362(d) of the Bankruptcy Code with respect to CNB's claims.

3. CNB is hereby allowed to exercise any and all of its respective rights, benefits, privileges, and remedies under or in connection with its Security Agreement and under applicable law or in equity.

4. For the avoidance of doubt, CNB is hereby authorized to terminate the Credit Card Agreement.

---

[1] The Debtors and the last four digits of its U.S. Federal Employer Identification Numbers or other unique identifier are as follows: Lighthouse Immersive Inc. (9411) (Ontario Corporation No.) and Lighthouse Immersive USA Inc. (2401) (FEIN). The Debtors' mailing address is 640 Briar Hill Avenue, Toronto, Ontario, Canada, M5N 1N2.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

90872657.1

2

5.   This Order shall become effective immediately upon entry by the Court and is not subject to the fourteen-day stay provided in Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

6.   This Court shall retain jurisdiction to hear any disputes arising out of the implementation or interpretation of this Order.

90872657.1