**CERTIFICATE OF SERVICE**

       I hereby certify that on August 30, 2023, a true and correct copy of the foregoing was caused to be served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this chapter 15 case.

Dated: August 30, 2023                  */s/ Michael V. DiPietro*
                                                       Michael V. DiPietro (Del. Bar No. 6781)