**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 15 |
| Lighthouse Immersive Inc., *et al.* | Case No. 23-11021 (LSS) |
| Debtors in a Foreign Proceeding.[1] | Jointly Administered |
| | **RE D.I. 5, 10, 20** |

## NOTICE OF FILING OF AMENDED AND RESTATED INITIAL ORDER

PLEASE TAKE NOTICE that:

1. On July 27, 2023, Lighthouse Immersive Inc., in its capacity as foreign representative (the "Foreign Representative") to the above-captioned debtors (the "Debtors"), filed petitions for each of the Debtors for relief under chapter 15 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Chapter 15 Cases"). In connection with the Chapter 15 Cases, the Foreign Representative filed the Initial Order ("Initial Order") with respect to the Debtors and their assets issued and entered on July 27, 2023, by the Superior Court of Justice (Commercial List) in Ontario, Canada (the "Canadian Court"), Court File No.: CV-23-00703509-00CL (the "Canadian Proceeding"), in connection with the petitions for each Debtor.

2. After the filing of the Chapter 15 Cases, the Canadian Court entered an amended and restated Initial Order (the "Amended and Restated Initial Order") to finalize certain of the terms of the Initial Order. Attached as **Exhibit A** is a copy of the Amended and Restated Initial Order.

---

[1] The Debtors and the last four digits of its U.S. Federal Employer Identification Numbers or other unique identifier are as follows: Lighthouse Immersive Inc. (9411) (Ontario Corporation No.) and Lighthouse Immersive USA Inc. (2401) (FEIN). The Debtors' mailing address is 640 Briar Hill Avenue, Toronto, Ontario, Canada, M5N 1N2.

Dated: August 30, 2023
Wilmington, Delaware

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Derek C. Abbott*
Derek C. Abbott (No. 3367)
Tamara K. Mann (No. 5643)
1201 N. Market St., 16th Floor
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
dabbott@morrisnichols.com
tmann@morrisnichols.com

- and -

MILLER THOMSON LLP
Kyla Mahar
Gina Rhodes
40 King Street West, Suite 5800
Toronto Ontario
M5H 3S1, Canada
Telephone: (416) 595-8500
Facsimile: (416) 595-8695
kmahar@millerthomson.com
grhodes@millerthomson.com

*Counsel for the Foreign Representative*