**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) <br> ) Chapter 15 <br> ) <br> ) Case No. 23-11021 (LSS) <br> ) <br> ) (Jointly Administered) <br> ) |
| Lighthouse Immersive Inc., *et al.*, | |
| Debtors in a Foreign Proceeding[1]. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON OCTOBER 2, 2023 AT 11:00 A.M. (ET)**

> **THIS HEARING HAS BEEN CANCELLED**
> **AS THERE ARE NO MATTERS GOING FORWARD.**

**MATTER NOT GOING FORWARD**

1. Motion of City National Bank for Relief from the Automatic Stay [Docket No. 21; Filed: 8/30/2023]

    Objection Deadline:   September 25, 2023 at 4:00 p.m. (extended for Debtors)

    Related Document(s):   None at this time.

    Response(s) Received:   Informal response from the Debtors

    Status:   This matter has been resolved in principle pending documentation. To the extent the parties are unable to reach an agreement, the parties will contact the Court. This matter will not go forward at this time.

Dated: September 28, 2023
Wilmington, Delaware

**POLSINELLI PC**

*/s/ Michael V. DiPietro*
Michael V. DiPietro (Del. Bar No. 6781)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
mdipietro@polsinelli.com

*Counsel for City National Bank*

---

[1] The Debtors and the last four digits of its U.S. Federal Employer Identification Numbers or other unique identifier are as follows: Lighthouse Immersive Inc. (9411) (Ontario Corporation No.) and Lighthouse Immersive USA Inc. (2401) (FEIN). The Debtors' mailing address is 640 Briar Hill Avenue, Toronto, Ontario, Canada, M5N 1N2.