**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> Lighthouse Immersive Inc., *et al.*, <br><br> Debtors in a Foreign Proceeding[1]. | ) <br> ) Chapter 15 <br> ) <br> ) Case No. 23-11021 (LSS) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) **Re: Docket No. 21** |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING
STIPULATION BETWEEN DEBTORS AND CITY NATIONAL BANK
GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY**

I, Michael V. DiPietro, Esq., of Polsinelli PC, counsel to City National Bank ("**CNB**"), hereby certify and state as follows:

1. On August 30, 2023, CNB filed a *Motion for Relief from the Automatic Stay* [Docket No. 21] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2. Pursuant to the Notice of Motion, objections, if any, to the Motion were to be filed and served no later than September 25, 2023 at 4:00 p.m. Upon request, CNB granted the Debtors an extension to respond to the Motion while the parties attempted to reach an agreement. No other objections or responses to the Motion were received or filed with the Court.

3. CNB and the Debtors, through their respective counsel, have conferred and entered into a stipulation (the "**Stipulation**") resolving the Motion.

4. Attached hereto as Exhibit 1 is a proposed form of order (the "**Proposed Order**") approving the Stipulation, which is attached to the Proposed Order as Exhibit A.

---

[1] The Debtors and the last four digits of its U.S. Federal Employer Identification Numbers or other unique identifier are as follows: Lighthouse Immersive Inc. (9411) (Ontario Corporation No.) and Lighthouse Immersive USA Inc. (2401) (FEIN). The Debtors' mailing address is 640 Briar Hill Avenue, Toronto, Ontario, Canada, M5N 1N2.

91453424.1

5. Accordingly, CNB respectfully requests that the Court enter the Proposed Order, attached hereto as <u>Exhibit 1</u>, at the earliest convenience of the Court.

| | |
|---|---|
| Dated: October 13, 2023<br>Wilmington, Delaware | **POLSINELLI PC**<br><br>*/s/ Michael V. DiPietro*<br>Michael V. DiPietro (Del. Bar No. 6781)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>mdipietro@polsinelli.com<br><br>*Counsel for City National Bank* |