# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) <br> ) Chapter 15 <br> ) <br> ) Case No. 23-11021 (LSS) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) **Re: Docket No. 21** |
| Lighthouse Immersive Inc., *et al.*, | |
| Debtors in a Foreign Proceeding[1]. | |

### ORDER APPROVING STIPULATION BETWEEN THE DEBTORS AND CITY NATIONAL BANK GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the Stipulation Between the Debtors and City National Bank ("**CNB**") Granting Limited Relief from the Automatic Stay, attached hereto as **Exhibit A** (the "**Stipulation**")[2]; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1) The Stipulation and the terms set forth therein are APPROVED and shall have the full force and effect of an order by the Court with respect thereto.

2) The terms and conditions of this Order and the Stipulation shall be immediately effective and enforceable upon entry of this Order.

3) The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order and the Stipulation.

---

[1] The Debtors and the last four digits of its U.S. Federal Employer Identification Numbers or other unique identifier are as follows: Lighthouse Immersive Inc. (9411) (Ontario Corporation No.) and Lighthouse Immersive USA Inc. (2401) (FEIN). The Debtors' mailing address is 640 Briar Hill Avenue, Toronto, Ontario, Canada M5N 1N2.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Stipulation.

**Dated: October 16th, 2023**  
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN  
UNITED STATES BANKRUPTCY JUDGE

91445933.1