# Exhibit A

# Proposed Form of Order

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 15 |
| Lighthouse Immersive Inc., *et al.* | Case No. 23-11021 (LSS) |
| Debtors in a Foreign Proceeding.[1] | Jointly Administered |
| | **Re D.I.** ___ |

**ORDER SHORTENING NOTICE OF MOTION OF THE
FOREIGN REPRESENTATIVE FOR ENTRY OF AN ORDER
RECOGNIZING AND ENFORCING (I) THE CCAA SISP ORDER,
(II) THE CCAA DIP INCREASE ORDER, (III) THE CCAA SEALING
ORDER, AND (IV) THE CCAA STAY EXTENSION ORDER**

Upon the motion (the "Motion") of Lighthouse Immersive Inc., in its capacity as foreign representative (the "Foreign Representative") to the above-captioned debtors (the "Debtors") in proceedings (the "Canadian Proceeding") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended (the "CCAA"), pending before the Superior Court of Justice (Commercial List) in Ontario, Canada (the "Canadian Court"), pursuant to section 102(1) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), shortening notice of the *Motion of the Foreign Representative For Entry of an Order Recognizing and Enforcing (i) the CCAA SISP Order, (ii) the CCAA DIP Increase Order, (iii) the CCAA Sealing Order, and (iv) the CCAA Stay Extension Order* (the

---

[1] The Debtors and the last four digits of its U.S. Federal Employer Identification Numbers or other unique identifier are as follows: Lighthouse Immersive Inc. (9411) (Ontario Corporation No.) and Lighthouse Immersive USA Inc. (2401) (FEIN). The Debtors' mailing address is 640 Briar Hill Avenue, Toronto, Ontario, Canada, M5N 1N2.

"<u>Recognition Motion</u>")[2]; and due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and upon the record therein; and it appearing that the relief requested by the Motion is in the best interest of the Debtors' estates, the Debtors' creditors and other parties in interest in these cases; and the Court having determined that "cause" exists to shorten the notice period related to the Recognition Motion; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Recognition Motion will be considered at the hearing scheduled on _____, 2023, at _____ \_\_:\_\_\_ **(Eastern Time)**.

3. The informal objection deadline with respect to the Recognition Motion is **Noon on the business day prior to the hearing**.

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Recognition Motion.

2