# Exhibit B

# CCAA Service List – via Email only

**B. RILEY FARBER INC.**
150 York Street, Suite 1600
Toronto, ON  M5H 3S5

Rob Biehler
Email: rbiehler@brileyfin.com

Allan Nackan
Email: anackan@brileyfin.com

Hylton Levy
Email: Hlevy@brileyfin.com

Monitor

**THORNTON GROUT FINNIGAN LLP**
TD West Tower
100 Wellington Street West, Suite 3200
P.O. Box 329
Toronto, ON  M5K 1K7

Rebecca Kennedy
Email: rkennedy@tgf.ca

Rachel Fielding
Email: RFielding@tgf.ca

Marco Gaspar
Email: MGaspar@tgf.ca

Counsel for the Monitor

**COZEN O'CONNOR LLP**
Bay Adelaide Centre – West Tower
333 Bay Street, Suite 1100
Toronto, ON M5H 2R2

Steven Weisz
Email: sweisz@cozen.com

Counsel for SCS Finance, Inc. (the DIP Lender) and Corey Ross Productions Inc.

**CHAITONS LLP**
5000 Yonge Street, 10th Floor
Toronto, ON M2N 7E9

Harvey Chaiton
Email: Harvey@Chaitons.com

Lawyers for Massimiliano Siccardi

**PALIARE ROLAND ROSENBERG ROTHSTEIN LLP**
155 Wellington St. West, 35th Floor
Toronto, ON M5V 3H1

Jeffrey Larry
Email: jeff.larry@paliareroland.com

Counsel for LHIMP (ABC), LLP

**BLANEY MCMURTRY LLP**
Barristers & Solicitors
2 Queen Street East, Suite 1500
Toronto, ON, M5C 3G5

David T. Ullmann
Email: DUllmann@blaney.com

Counsel for Dvoretsky Holdings Inc.

**CANADA REVENUE AGENCY**
Ontario Regional Office
Department of Justice Canada
120 Adelaide Street West, Suite 400
Toronto, ON M5H 1T1

Email: AGC-PGC.Toronto-Tax-Fiscal@justice.gc.ca

**ATTORNEY GENERAL OF CANADA**
Per: Diane Winters, General Counsel
Department of Justice
120 Adelaide Street West Suite 400
Toronto, Ontario, M5H 1T1

Edward Park
Email: edward.park@justice.gc.ca

Counsel to the Canada Revenue Agency

- 3 -

**MINISTRY OF FINANCE**
Ministry of the Attorney General
Collections Branch – Bankruptcy and Insolvency Unit
6-33 King St West
Oshawa, Ontario, L1H 8H5

Email: insolvency.unit@ontario.ca