# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 15 |
| Lighthouse Immersive Inc., *et al.* | Case No. 23-11021 (LSS) |
| Debtors in a Foreign Proceeding.[1] | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON OCTOBER 27, 2023, AT 10:00 A.M. (EASTERN TIME)

**This hearing will be conducted in-person and by Zoom.**

**Parties may attend the hearing remotely by registering with the Zoom link below no later than October 27, 2023 at 8:00 a.m.**

**https://debuscourts.zoomgov.com/meeting/register/vJIscu6oqTkqG4OItbbdGPn9mf10wy_jYBo**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

**Topic:  In re Lighthouse Immersive Inc., *et al.***

**Time:  October 27, 2023 at 10:00 a.m. Eastern Time (US and Canada)**

### MATTERS GOING FORWARD

1. Motion of the Foreign Representative for Entry of an Order (A)(I) Recognizing and Enforcing the CCAA SISP Order, (II) Recognizing and Enforcing the CCAA Dip Increase Order, (III) Recognizing and Enforcing the CCAA Sealing Order, and (IV) Recognizing and Enforcing the CCAA Stay Extension Order, and (B)(I) Recognizing and Enforcing the Canadian Approval and Vesting Order, (II) Approving the Sale of Substantially all of the Debtors' Assets Free and Clear of Liens, Claims and Encumbrances, and (III) Granting Related Relief (D.I. 27, filed 10/19/23).

    Objection Deadline:  October 26, 2023, at 12:00 p.m., noon (ET)

    Responses Received:

    a. Informal comments from City National Bank.

---

[1] The Debtors and the last four digits of its U.S. Federal Employer Identification Numbers or other unique identifier are as follows: Lighthouse Immersive Inc. (9411) (Ontario Corporation No.) and Lighthouse Immersive USA Inc. (2401) (FEIN).  The Debtors' mailing address is 640 Briar Hill Avenue, Toronto, Ontario, Canada, M5N 1N2.

Related Documents:

a. Foreign Representative's Motion for an Order Shortening Notice of Motion of the Foreign Representative for Entry of an Order Recognizing and Enforcing (I) the CCAA SISP Order, (II) the CCAA DIP Increase Order, (III) the CCAA Sealing Order, and (IV) the CCAA Stay Extension Order (D.I. 28, entered 10/19/23); and

b. Order Shortening Notice of the Motion of the Foreign Representative for Entry of an Order (A)(I) Recognizing and Enforcing the CCAA SISP Order, (II) Recognizing and Enforcing the CCAA Dip Increase Order, (III) Recognizing and Enforcing the CCAA Sealing Order, and (IV) Recognizing and Enforcing the CCAA Stay Extension Order (D.I. 29, entered 10/19/23).

Status:  This matter is going forward.

Dated:  October 25, 2023
   Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/  Derek C. Abbott
Derek C. Abbott (No. 3367)
Tamara K. Mann (No. 5643)
1201 N. Market St., 16th Floor
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile:  (302) 658-3989
dabbott@morrisnichols.com
tmann@morrisnichols.com

- and -

MILLER THOMSON LLP
Kyla Mahar (LSO# 44182G)
Gina Rhodes (LSO# 78849U)
40 King Street West, Suite 5800
Toronto (Ontario), Canada M5H 3S1
Telephone: (416) 597-4303
kmahar@millerthomson.com
grhodes@millerthomson.com

*Counsel for the Foreign Representative*