# **EXHIBIT 2**

CCAA DIP Increase Order

Electronically issued / Délivré par voie électronique : 16-Oct-2023
Toronto Superior Court of Justice / Cour supérieure de justice

Court File No./N° du dossier du greffe : CV-23-00703509-00CL



Court File No. CV-23-00703509-00CL

## ONTARIO
## SUPERIOR COURT OF JUSTICE
## COMMERCIAL LIST

| THE HONOURABLE | ) | FRIDAY, THE 13TH |
| --- | --- | --- |
| JUSTICE CAVANAGH | ) | DAY OF OCTOBER, 2023 |

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c.C-36 AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF LIGHTHOUSE IMMERSIVE INC. AND LIGHTHOUSE IMMERSIVE USA, INC.

## ORDER
(DIP Increase and Approval of Monitor's Conduct)

**THIS MOTION**, made by the Applicants, pursuant to the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, (the "**CCAA**") for an order (i) increasing the authorized borrowings under the DIP Term Sheet (as defined in the Initial Order); and (ii) approving the activities, conduct and decisions of B. Riley Farber Inc., in its capacity as the Monitor of the Applicants (the "**Monitor**"), was heard this day by Zoom videoconference.

**ON READING** the Motion Record of the Applicants dated October 5, 2023, the Responding Motion Record of LHIMP (ABC), LLC ("**ABC**")., dated October 11, 2023, the first report of the Monitor dated August 1, 2023 (the "**First Report**"), the second report of the Monitor dated October 5, 2023 (the "**Second Report**"), and upon hearing the submissions of counsel for the Applicants, counsel for SCS Finance, Inc. (the "**DIP Lender**"), counsel for ABC, counsel for Massimiliano Siccardi, counsel for the Monitor, and counsel for the shareholders of the Applicants,

72632530_2.docx

Electronically issued / Délivré par voie électronique : 16-Oct-2023
Toronto Superior Court of Justice / Cour supérieure de justice

Court File No./N° du dossier du greffe : CV-23-00703509-00CL

no one appearing for any other party although duly served as appears from the affidavit of service of Gina Rhodes dated October 5, 2023, filed.

## SERVICE AND DEFINITIONS

1. **THIS COURT ORDERS** that the time for service of the Notice of Motion and Motion Record is abridged and validated such that this Motion is properly returnable today, and further service of the Notice of Motion and the Motion Record is hereby dispensed with.

2. **THIS COURT ORDERS** that capitalized terms used in this Order and not otherwise defined herein shall have the meaning ascribed to them in the Amended and Restated Initial Order dated July 27, 2023 (the "**ARIO**") and the Second Report.

## DIP FINANCING INCREASE

3. **THIS COURT ORDERS** that the maximum authorized borrowings under the DIP Term Sheet is hereby increased from the principal amount of US$3,500,000 to US$4,000,000 (plus interest, fees, and expenses).

## APPROVAL OF MONITOR REPORTS AND ACTIONS

4. **THIS COURT ORDERS** that the First Report, Second Report and the activities, conduct and decisions of the Monitor as set out therein are hereby ratified and approved, provided that only

[Certification stamp: THIS IS TO CERTIFY THAT THIS DOCUMENT, EACH PAGE OF WHICH IS STAMPED WITH THE SEAL OF THE SUPERIOR COURT OF JUSTICE AT TORONTO, IS A TRUE COPY OF THE DOCUMENT ON FILE IN THIS OFFICE. DATED AT TORONTO THIS 16 DAY OF October, 2023. REGISTRAR]

72632530_2.docx

Case 23-11021-LSS   Doc 32-2   Filed 10/27/23   Page 4 of 6

Electronically issued / Délivré par voie électronique : 16-Oct-2023
Toronto Superior Court of Justice / Cour supérieure de justice

Court File No./N° du dossier du greffe : CV-23-00703509-00CL

the Monitor, in its personal capacity and only with respect to its own personal liability, shall be entitled to rely upon or utilize in any way such approval.

**GENERAL**

5.      **THIS COURT ORDERS** that the Applicants or the Monitor may from time to time apply to this Court for advice and directions in the discharge of their powers and duties hereunder.

6.      **THIS COURT HEREBY REQUESTS** the aid and recognition of any court, tribunal, regulatory or administrative body having jurisdiction in Canada, the United States or elsewhere, to give effect to this Order and to assist the Applicants, the Monitor and their respective agents in carrying out the terms of this Order. All courts, tribunals, regulatory and administrative bodies are hereby respectfully requested to make such orders and to provide such assistance to the Applicants and to the Monitor, as an officer of this Court, as may be necessary or desirable to give effect to this Order, to grant representative status to the Monitor in any foreign proceeding, or to assist the Applicants and the Monitor and their respective agents in carrying out the terms of this Order.

7.      **THIS COURT ORDERS** that each of the Applicants and the Monitor be at liberty and is hereby authorized and empowered to apply to any court, tribunal, regulatory or administrative body, wherever located, for the recognition of this Order and for assistance in carrying out the terms of this Order, and that the Monitor is authorized and empowered to act as a representative in respect of the within proceedings for the purpose of having these proceedings recognized in a jurisdiction outside Canada.

THIS IS TO CERTIFY THAT THIS DOCUMENT, EACH PAGE OF WHICH IS STAMPED WITH THE SEAL OF THE SUPERIOR COURT OF JUSTICE AT TORONTO, IS A TRUE COPY OF THE DOCUMENT ON FILE IN THIS OFFICE

LA PRÉSENT ATTEST QUE CE DOCUMENT, DONT CHACUNE DES PAGES EST REVÊTUE DU SCEAU DE LA COUR SUPÉRIEURE DE JUSTICE A TORONTO, EST UNE COPIE CONFORME DU DOCUMENT CONSERVÉ DANS CE BUREAU

DATED AT TORONTO THIS 16 DAY OF October 20 23
FAIT À TORONTO LE         JOUR DE

REGISTRAR / GREFFIER

72632530_2.docx

Electronically issued / Délivré par voie électronique : 16-Oct-2023
Toronto Superior Court of Justice / Cour supérieure de justice

Court File No./N° du dossier du greffe : CV-23-00703509-00CL

8.  **THIS COURT ORDERS** that this Order is effective from the date that it is made and is enforceable without any need for entry and filing.

*Digitally signed by Mr. Justice Cavanagh*

THIS IS TO CERTIFY THAT THIS DOCUMENT, EACH PAGE OF WHICH IS STAMPED WITH THE SEAL OF THE SUPERIOR COURT OF JUSTICE AT TORONTO, IS A TRUE COPY OF THE DOCUMENT ON FILE IN THIS OFFICE

LA PRÉSENT ATTEST QUE CE DOCUMENT, DONT CHACUNE DES PAGES EST REVÊTUE DU SCEAU DE LA COUR SUPÉRIEURE DE JUSTICE A TORONTO, EST UNE COPIE CONFORME DU DOCUMENT CONSERVÉ DANS CE BUREAU

DATED AT TORONTO THIS 16 DAY OF October 20 23
FAIT À TORONTO LE     JOUR DE

REGISTRAR    GREFFIER

72632530_2.docx