# **EXHIBIT 3**

CCAA Sealing Order

Electronically issued / Délivré par voie électronique : 16-Oct-2023
Toronto Superior Court of Justice / Cour supérieure de justice

Court File No./N° du dossier du greffe : CV-23-00703509-00CL



Court File No. CV-23-00703509-00CL

## ONTARIO
## SUPERIOR COURT OF JUSTICE
## COMMERCIAL LIST

| | | |
|---|---|---|
| THE HONOURABLE | ) | MONDAY, THE 16TH |
| | ) | |
| JUSTICE CAVANAGH | ) | DAY OF OCTOBER, 2023 |

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c.C-36 AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF LIGHTHOUSE IMMERSIVE INC. AND LIGHTHOUSE IMMERSIVE USA, INC.

### ORDER
(Sealing Confidential Appendix)

**THIS MOTION**, made by B. Riley Farber Inc., in its capacity as the Monitor of the Applicants (the "**Monitor**"), pursuant to the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, (the "**CCAA**") for an order sealing the confidential appendix ("**Confidential Appendix**") to the second report of the Monitor, including the supplement thereto (the "**Second Report**") until further order of this Court, was heard this day by Zoom videoconference.

**ON READING** the Motion Record of the Applicants dated October 5, 2023, the Responding Motion Record of LHIMP (ABC), LLC ("**ABC**"), dated October 11, 2023, the first report of the Monitor dated August 1, 2023 (the "**First Report**"), the second report of the Monitor dated October 5, 2023 and the supplement thereto dated October 12, 2023 (the "**Second Report**"), and upon hearing the submissions of counsel for the Applicants, counsel for SCS Finance, Inc. (the "**DIP Lender**"), counsel for ABC, counsel for Massimiliano Siccardi, counsel for the Monitor,

Case 23-11021-LSS    Doc 32-3    Filed 10/27/23    Page 3 of 11

Electronically issued / Délivré par voie électronique : 16-Oct-2023
Toronto Superior Court of Justice / Cour supérieure de justice

Court File No./N° du dossier du greffe : CV-23-00703509-00CL

and counsel for the shareholders of the Applicants, no one appearing for any other party although duly served as appears from the affidavit of service of Gina Rhodes dated October 5, 2023, filed and the affidavit of service of Marco Gaspar dated October 12, 2023.

## SERVICE AND DEFINITIONS

1.  **THIS COURT ORDERS** that the time for service is abridged and validated such that this motion is properly returnable today, and hereby dispenses with further service thereof.

2.  **THIS COURT ORDERS** that capitalized terms used in this Order and not otherwise defined herein shall have the meaning ascribed to them in the Second Report.

## SEALING PROVISION

3.  **THIS COURT ORDERS** that the Confidential Appendix to the Monitor's Second Report is hereby sealed and shall not form part of the public record until further Order of this Court.

## GENERAL

4.  **THIS COURT HEREBY REQUESTS** the aid and recognition of any court, tribunal, regulatory or administrative body having jurisdiction in Canada, the United States or elsewhere, to give effect to this Order and to assist the Applicants, the Monitor and their respective agents in carrying out the terms of this Order. All courts, tribunals, regulatory and administrative bodies are hereby respectfully requested to make such orders and to provide such assistance to the Applicants and to the Monitor, as an officer of this Court, as may be necessary or desirable to give effect to this Order, to grant representative status to the Monitor in any foreign proceeding, or to assist the Applicants and the Monitor and their respective agents in carrying out the terms of this Order.

THIS IS TO CERTIFY THAT THIS DOCUMENT, EACH PAGE OF WHICH IS STAMPED WITH THE SEAL OF THE SUPERIOR COURT OF JUSTICE AT TORONTO, IS A TRUE COPY OF THE DOCUMENT ON FILE IN THIS OFFICE
DATED AT TORONTO THIS 16 DAY OF October 20 23

LA PRÉSENT ATTEST QUE CE DOCUMENT, DONT CHACUNE DES PAGES EST REVETUE DU SCEAU DE LA COUR SUPÉRIEURE DE JUSTICE A TORONTO, EST UNE COPIE CONFORME DU DOCUMENT CONSERVÉ DANS CE BUREAU
FAIT À TORONTO LE            JOUR DE

REGISTRAR                         GREFFIER

Electronically issued / Délivré par voie électronique : 16-Oct-2023
Toronto Superior Court of Justice / Cour supérieure de justice

Court File No./N° du dossier du greffe : CV-23-00703509-00CL

5. **THIS COURT ORDERS** that each of the Applicants and the Monitor be at liberty and is hereby authorized and empowered to apply to any court, tribunal, regulatory or administrative body, wherever located, for the recognition of this Order and for assistance in carrying out the terms of this Order, and that the Monitor is authorized and empowered to act as a representative in respect of the within proceedings for the purpose of having these proceedings recognized in a jurisdiction outside Canada.

6. **THIS COURT ORDERS** that this Order is effective from the date that it is made and is enforceable without any need for entry and filing.

> Digitally signed by
> Mr. Justice Cavanagh

_____

THIS IS TO CERTIFY THAT THIS DOCUMENT, EACH PAGE OF WHICH IS STAMPED WITH THE SEAL OF THE SUPERIOR COURT OF JUSTICE AT TORONTO, IS A TRUE COPY OF THE DOCUMENT ON FILE IN THIS OFFICE

LA PRÉSENT ATTEST QUE CE DOCUMENT, DONT CHACUNE DES PAGES EST REVÊTUE DU SCEAU DE LA COUR SUPÉRIEURE DE JUSTICE A TORONTO, EST UNE COPIE CONFORME DU DOCUMENT CONSERVÉ DANS CE BUREAU

DATED AT TORONTO THIS 16 DAY OF October 20 23
FAIT À TORONTO LE      JOUR DE

REGISTRAR                                GREFFIER

# **EXHIBIT 4**

CCAA Stay Extension Order

Electronically issued / Délivré par voie électronique : 06-Oct-2023
Toronto Superior Court of Justice / Cour supérieure de justice

Court File No./N° du dossier du greffe : CV-23-00703509-00CL



Court File No. CV-23-00703509-00CL

## ONTARIO
## SUPERIOR COURT OF JUSTICE
## COMMERCIAL LIST

| | | |
|---|---|---|
| THE HONOURABLE | ) | FRIDAY, THE 6TH |
| JUSTICE CAVANAGH | )<br>) | DAY OF OCTOBER, 2023 |

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c.C-36 AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF LIGHTHOUSE IMMERSIVE INC. AND LIGHTHOUSE IMMERSIVE USA, INC.

### ORDER
### (Stay Extension)

**THIS MOTION**, made by the Applicants, pursuant to the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, (the "**CCAA**") for an order extending the stay of proceedings (the "**Stay Period**") in these CCAA proceedings, was heard this day by Zoom videoconference.

**ON READING** the Motion Record of the Applicants and the second report of the Monitor dated October 5, 2023 (the "**Second Report**"), and upon hearing the submissions of counsel for the Applicants, counsel for the Monitor, counsel for the shareholders of the Applicants, no one appearing for any other party although duly served as appears from the affidavit of service of Gina Rhodes dated October 5, 2023, filed,

72043578_1.docx

THIS IS TO CERTIFY THAT THIS DOCUMENT, EACH PAGE OF WHICH IS STAMPED WITH THE SEAL OF THE SUPERIOR COURT OF JUSTICE AT TORONTO, IS A TRUE COPY OF THE DOCUMENT ON FILE IN THIS OFFICE
DATED AT TORONTO THIS 18 DAY OF October 20 23
FAIT À TORONTO LE   JOUR DE

LA PRESENT ATTEST QUE CE DOCUMENT, DONT CHACUNE DES PAGES EST REVÊTUE DU SCEAU DE LA COUR SUPÉRIEURE DE JUSTICE A TORONTO, EST UNE COPIE CONFORME DU DOCUMENT CONSERVÉ DANS CE BUREAU

REGISTRAR   GREFFIER

## SERVICE AND DEFINITIONS

1.   **THIS COURT ORDERS** that the time for service of the Notice of Motion and Motion Record is abridged and validated such that this Motion is properly returnable today, and further service of the Notice of Motion and the Motion Record is hereby dispensed with.

2.   **THIS COURT ORDERS** that capitalized terms used in this Order and not otherwise defined herein shall have the meaning ascribed to them in the Amended and Restated Initial Order dated July 27, 2023 (the "**ARIO**") and the Second Report.

## STAY EXTENSION

3.   **THIS COURT ORDERS** that the Stay Period is hereby extended from October 6, 2023 to and including December 8, 2023.

## GENERAL

4.   **THIS COURT ORDERS** that the Applicants or the Monitor may from time to time apply to this Court for advice and directions in the discharge of their powers and duties hereunder.

5.   **THIS COURT HEREBY REQUESTS** the aid and recognition of any court, tribunal, regulatory or administrative body having jurisdiction in Canada, the United States or elsewhere, to give effect to this Order and to assist the Applicants, the Monitor and their respective agents in carrying out the terms of this Order. All courts, tribunals, regulatory and administrative bodies are hereby respectfully requested to make such orders and to provide such assistance to the Applicants and to the Monitor, as an officer of this Court, as may be necessary or desirable to give effect to this Order, to grant representative status to the Monitor in any foreign proceeding, or to assist the Applicants and the Monitor and their respective agents in carrying out the terms of this Order.

72043578_1.docx

6. **THIS COURT ORDERS** that each of the Applicants and the Monitor be at liberty and is hereby authorized and empowered to apply to any court, tribunal, regulatory or administrative body, wherever located, for the recognition of this Order and for assistance in carrying out the terms of this Order, and that the Monitor is authorized and empowered to act as a representative in respect of the within proceedings for the purpose of having these proceedings recognized in a jurisdiction outside Canada.

7. **THIS COURT ORDERS** that this Order is effective from the date that it is made and is enforceable without any need for entry and filing.

Digitally signed by Mr. Justice Cavanagh

THIS IS TO CERTIFY THAT THIS DOCUMENT, EACH PAGE OF WHICH IS STAMPED WITH THE SEAL OF THE SUPERIOR COURT OF JUSTICE AT TORONTO, IS A TRUE COPY OF THE DOCUMENT ON FILE IN THIS OFFICE

LA PRESENT ATTEST QUE CE DOCUMENT, DONT CHACUNE DES PAGES EST REVÊTUE DU SCEAU DE LA COUR SUPÉRIEURE DE JUSTICE A TORONTO, EST UNE COPIE CONFORME DU DOCUMENT CONSERVÉ DANS CE BUREAU

DATED AT TORONTO THIS 18 DAY OF October 20 23
FAIT À TORONTO LE    JOUR DE

REGISTRAR / GREFFIER

72043578_1.docx



SUPERIOR COURT OF JUSTICE

# COUNSEL SLIP

**COURT FILE NO.:** CV-23-00703509-00CL            **DATE:** 6 October 2023

**NO. ON LIST:** 1

**TITLE OF PROCEEDING:** LIGHTHOUSE IMMERSIVE INC. AND LIGHTHOUSE IMMERSIVE USA, INC. v. SICCARDI et al
**BEFORE JUSTICE:** MR JUSTICE CAVANAGH

### PARTICIPANT INFORMATION

**For Plaintiff, Applicant, Moving Party, Crown:**

| Name of Person Appearing | Name of Party | Contact Info |
|---|---|---|
| Kyla Mahar | Counsel for Applicants | kmahar@millerthompson.com<br>416-597-4303 |
| Gina Rhodes | S/A | grhodes@millerthompson.com<br>416-597-4321 |

**For Defendant, Respondent, Responding Party, Defence:**

| Name of Person Appearing | Name of Party | Contact Info |
|---|---|---|
| Harvey Chaiton | Massimiliano Siccardi | harvey@chaitons.com<br>416-218-1129 |
|  |  |  |
|  |  |  |
|  |  |  |

**For Other, Self-Represented:**

| Name of Person Appearing | Name of Party | Contact Info |
|---|---|---|
| Rebecca Kennedy | Counsel for Monitor | rkennedy@tgf.ca<br>416-304-0971 |
| Rachel Fielding | S/A | rfielding@tgf.ca<br>416-304-0971 |
| Jeff Larry | Counsel for LHIMP (ABC), LLP | jeff.larry@paliareroland.com<br>415-646-4330 |

| Steven Weisz | Counsel for SCS Finance | sweisz@cozen.com<br>641-417-5334 |
|---|---|---|
| Hylton Levy | Monitor | hlevy@brileyfin.com<br>416-496-3070 |
| Allan Nackan | Monitor | |

**ENDORSEMENT OF JUSTICE CAVANAGH:**

At the hearing today, the Applicants request an extension of the stay of proceedings in this CCAA proceeding. On the evidence before me, I am satisfied that the Applicants are acting in good faith and that the request should be granted. I am satisfied that it is in the interests of stakeholders as a whole to extend the stay until December 8, 2023, as requested, to give the Applicants needed stability during this process. It is open to any party to move to vary the stay of proceedings.

The Applicants' motion for an order (i) increasing the maximum borrowings under the DIP Term Sheet; and (ii) approving a sale and investment solicitation process and approving a stalking horse agreement dated October 5, 2023 is adjourned to October 13, 2023 at 9:00 a.m. for 90 minutes.

If counsel for any interested party needs to seek directions with respect to the timetable for this motion, counsel is given leave to seek an urgent appointment with me through the Commercial List Office and I will accommodate the request.

Order to issue in form of Order signed by me today.