## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 15 |
| Lighthouse Immersive Inc., *et al.* | Case No. 23-11021 (LSS) |
| Debtors in a Foreign Proceeding.[1] | Jointly Administered |

### NOTICE OF DESIGNATION OF SUCCESSFUL BIDDER
### FOR THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS

**PLEASE TAKE NOTICE** that, on October 19, 2023, the above-captioned Debtors filed the *Motion of the Foreign Representative for Entry of an Order (A)(I) Recognizing and Enforcing the CCAA SISP Order, (II) Recognizing and Enforcing the CCAA DIP Increase Order, (III) Recognizing and Enforcing the CCAA Sealing Order, and (IV) Recognizing and Enforcing the CCAA Stay Extension Order, and (B)(I) Recognizing and Enforcing the Canadian Approval and Vesting Order, (II) Approving the Sale of Substantially all of the Debtors' Assets Free and Clear of Liens, Claims and Encumbrances, and (III) Granting Related Relief* [D.I. 27] (the "Recognition and Sale Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that, on October 27, 2023, the Court entered the *Order (I) Recognizing and Enforcing (A) The CCAA SISP Order, (B) The CCAA DIP Increase Order, (C) The CCAA Sealing Order, and (D) The CCAA Stay Extension Order, and (II) Granting Related Relief* [D.I. 32] (the "Recognition Order"), pursuant to which the Court, among other things, recognized in full and gave full force and effect in the United States, the Sales Procedures set forth in the CCAA SISP Order.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Sales Procedures set forth in the CCAA SISP Order, the Bid Deadline was November 15, 2023, at 5:00 p.m. (EST).

**PLEASE TAKE FURTHER NOTICE** that no competing bids for the Debtors' assets were received on or prior to the Bid Deadline, and, in accordance with the Sales Procedures, the Debtors have selected and designated SCS Finance, Inc., as the Successful Bidder for substantially all of the Debtors' assets.

---

[1] The Debtors and the last four digits of its U.S. Federal Employer Identification Numbers or other unique identifier are as follows: Lighthouse Immersive Inc. (9411) (Ontario Corporation No.) and Lighthouse Immersive USA Inc. (2401) (FEIN). The Debtors' mailing address is 640 Briar Hill Avenue, Toronto, Ontario, Canada, M5N 1N2.

[2] Capitalized terms used but not defined herein shall have the meanings given to them in the Recognition and Sale Motion.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will seek approval of the Sale of substantially all of the Debtors' assets to SCS Finance, Inc. at the hearing currently scheduled for **December 4, 2023, at 10:30 a.m. (prevailing Eastern Time)** before the Honorable Laurie Selber Silverstein, Chief United States Bankruptcy Judge for the District of Delaware, at 824 North Market Street, 6th Floor, Courtroom #2, Wilmington, Delaware 19801.  Any objections to the Sale or the relief requested in connection with the Sale, including objections to entry of the proposed Sale Order attached to the Recognition and Sale Motion must be filed and served on or before **November 27, 2023 at 4:00 p.m. (prevailing Eastern Time)**.

Dated:  November 17, 2023
       Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/  Derek C. Abbott*
Derek C. Abbott (No. 3367)
Tamara K. Mann (No. 5643)
1201 N. Market St., 16th Floor
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile:  (302) 658-3989
dabbott@morrisnichols.com
tmann@morrisnichols.com

- and -

MILLER THOMSON LLP
Kyla Mahar (LSO# 44182G)
Gina Rhodes (LSO# 78849U)
40 King Street West, Suite 5800
Toronto (Ontario), Canada M5H 3S1
Telephone: (416) 597-4303
kmahar@millerthomson.com
grhodes@millerthomson.com

*Counsel for the Foreign Representative*