# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| Lighthouse Immersive Inc.., *et al.* | Case No. 23-11021 (LSS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On November 22, 2023, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by first class mail on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 11/22/2023 | 35 | Exhibit(s) // Notice of Filing of Approval and Vesting Order Filed by Lighthouse Immersive Inc.. (Attachments: # 1 Exhibit A) (Abbott, Derek) (Entered: 11/22/2023) |

X _____
Laurie Heggan

Dated: November 22, 2023
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 22nd day of November 2023, by Laurie Heggan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2024

# EXHIBIT A

Sunbelt Rentals, Inc.
PO Box 99257
Station Terminal
Vancouver  V6B 0N5
British Columbia

Adam Tesyaev
1 Yonge Street
Toronto
Ontario  M5E 2A3
Canada

Aird Berlis LLP
Brookfield Place
181 Bay St., Suite 18
Toronto
Ontario  M5J 2T9
Canada

Andrei Mazuruc
686 Mississauga Valley Blvd.
Mississauga  L5A 1Z4
Canada

Arabelle Samaniego
1 Yonge Street
Toronto
Ontario  M5E 2A3
Canada

B. Riley Farber Inc.
Attn: A. Nackan/Hylton Levy
150 York Street, Ste 1600
Toronto
Ontario  M5H 3S5
Canada

Beyond Digital Imaging
7 Esna Park Drive, Unit 12-14
Markham
Ontario  L3R 6E7
Canada

Binworks Inc
31 White Spruce Crescent
Vaughn
Ontario  L6A 4C6
Canada

Blok Music
334 Pacific Avenue
Toronto
Ontario  M6P 2P9
Canada

Brand Blvd
261 Martindale Road, Unit 13
St. Catharines
Ontario  L2W 1A2
Canada

| | |
|---|---|
| Brian Illion Professional Corporation<br>14-33 Bay Street<br>Toronto<br>Ontario  M5H 2S8<br>Canada | C. Derrick Chua<br>9100 Jane Street<br>Bldg A, Suite 208<br>Concord<br>Ontario  L4K 0A4<br>Canada |
| Canaccord Genuity Corp<br>40 Temperance St, Ste 2100<br>Toronto<br>Ontario  M5H 0B4<br>Canada | Canada Revenue Agency (Income Taxes)<br>4695 Blvd de Shawinigan-Sud<br>Shawinigan-Sud<br>Quebec  G9N 6T5<br>Canada |
| Claire Joven<br>1 Yonge Street<br>Toronto<br>Ontario  M5E 2A3<br>Canada | Cloud Space Inc.<br>73 Robert Berry Cresent<br>King City<br>Ontario  L7B 0M6<br>Canada |
| Co-op Cabs<br>130 Rivalda Rd,<br>Toronto<br>Ontario  M9M 2M8<br>Canada | Corey Ross Productions Inc.<br>1 Yonge Street<br>Ontario  M5E 2A3<br>Canada |
| Demilo Films Inc<br>22 Thelma Avenue<br>Toronto<br>Ontario  M4V 1X9<br>Canada | Dvoretsky Holding Inc.<br>1 Yonge Street<br>Ontario  M5E 2A3<br>Canada |

| | |
|---|---|
| Fortis Consulting<br>300 Steelcase Rd. W, Unit 29<br>Markham<br>Ontario  L3R 2W2<br>Canada | Higher Ground Rigging & Metal Fabrication<br>1314 Lansdowne Ave.<br>Toronto<br>Ontario  M6H 3Z8<br>Canada |
| HumanaCare<br>445 Apple Creek Blvd, Ste 202<br>Markham<br>Ontario  L3R 9X7<br>Canada | Imex Customs Brokers<br>335 Airway Drive<br>Mississauga<br>Ontario  L4V 1T3<br>Canada |
| Intergroup Facility Services Inc.<br>16 Sims Cres., Unit 22<br>Richmond Hill<br>Ontario  L4B 2P1<br>Canada | Joana Provido<br>33 Isabella St., #2108<br>Toronto<br>Ontario  M4Y 2P7<br>Canada |
| Kayla Kangas<br>61 Rowntree Ave  Toronto<br>Toronto  M6N 1R8<br>Canada | Kuo-Cheng Lin<br>1 Yonge Street<br>Toronto<br>Ontario  M5E 2A3<br>Canada |
| Lighthouse Immersive Inc.<br>c/o Miller Tomson LLP<br>Attn: K. Mahar & G. Rhodes<br>Scotia Plaza<br>40 King Street W,, Ste 5800<br>P.O. Box 1011<br>Toronto<br>Ontario  M5H 3S1<br>Canada | Lighthouse Immersive Studios Inc.<br>1 Yonge Street<br>Ontario  M5E 2A3<br>Canada |

| | |
|---|---|
| Lighthouse Immersive Studios USA Corp.<br>1 Yonge Street<br>Ontario  M5E 2A3<br>Canada | Lightspeed Retail<br>700 Rue Saint-Antoine E<br>Suite 300<br>Montreal<br>Quebec  H2Y 1A6<br>Canada |
| Linda Litwack<br>2 Flanders Road<br>Toronto<br>Ontario  M6C 3K6<br>Canada | Maria Klos Padi<br>102-220 Lake Promenade<br>Etobicoke<br>Ontario  M8W 1A9<br>Canada |
| Michael Zarathus-Cook<br>72 Vermont Ave, Apt B<br>Toronto<br>Ontario  M6G 1X9<br>Canada | Natasha Abramova<br>1 Yonge Street<br>Toronto<br>Ontario  M5E 2A3<br>Canada |
| Ocean Stream Inc.<br>146 Thirtieth Street<br>Etobicoke<br>Ontario  M8W 3C4<br>Canada | Peder Pedersen<br>3506-181 Dundas Street E<br>Toronto  M5A 0N5<br>Canada |
| PricewaterhouseCoopers LLP<br>PwC Tower<br>18 York Street, Suite 2600<br>Toronto<br>Ontario  M5J 0B2<br>Canada | Production Resource Group ("PRG")<br>c/o LockBox 91766<br>PO Box 49 Stn A<br>Toronto<br>Ontario  M5W E9<br>Canada |

Richard Vainio
462 Rhodes Avenue
Toronto  M4L 3A5
Canada

Royal Bank of Canada
36 York Mills Road, 4th Flr.
North York
Ontario  M2P 2E9
Canada

Safety First Training
2425 Matheson Blvd E, 8th Flr
Mississauga
Ontario  L4W 5K4
Canada

SFIR Consulting Ltd.
30 Ohr Menachem Way
Thornhill
Ontario  L4J 8X7
Canada

Show One Productions Inc.
1 Yonge Street
Ontario  M5E 2A3
Canada

Silent Beats Events
5247 Marcel Cres.
Niagara Falls
Ontario  L2E7M5
Canada

Simon Clemo
478 Salem Avenue N.
Toronto
Ontario  M6H 3H1
Canada

Slava Z Holdco Inc.
16 McCombe Lane
Maple
Ontario  L6A 4G2
Canada

Starvox Entertainment Inc.
1 Yonge Street
Ontario  M5E 2A3
Canada

Stosic & Associates Ltd.
385 Brunswick Ave, Ste 54
Toronto
Ontario  M5R 3R1
Canada

| | |
|---|---|
| The Printing House (CAD)<br>1403 Bathurst Street<br>Toronto<br>Ontario  M5R 3H8<br>Canada | twenty6two International Inc.<br>320 Davenport Road, Unit 200<br>Toronto<br>Ontario  M5R 1K6<br>Canada |
| Banco de Mexico<br>Banco central en<br>Av. 5 de Mayo 2<br>Colonia Centro, Centro<br>Cuauhtémoc, Código<br>Alcaldía Ciudad de México  06000<br>CDMX Mexico | akg-images Ltd<br>42 Beulah Road, Unit 1<br>London  SW19 3SB<br>England |
| Tickx Limited<br>11 Leadenhall Street<br>London  EC3V 1LP<br>England | Eccentric Visions LLC<br>Visioni Eccentriche<br>Via Isidoro del Lungo<br>Rome  26 - 00137<br>Italy |
| Tuff Gong International Ltd.<br>220 Marcus Garvey Drive<br>Kingston 11 Jamaica<br>W.I. | 2150 Investment Co.<br>Attn: Gerald Quinn<br>4329 Shelbourne Lane<br>Columbus OH 43220 |
| 850 E 72nd LLC<br>c/o Cushman and Wakefield<br>Attn: Rico Pietro<br>3 Summit Park Drive<br>Suite 200<br>Independence OH 44131 | LEGAL SERVICE<br>Albert Asante<br>c/o Americhoice Incorporators Ltd.<br>1201 N. Orange Street<br>Suite 762<br>Wilmington DE 19801 |

LEGAL SERVICE
Anida N Chareunsouk
c/o Americhoice Incorporators Ltd.
1201 N. Orange Street
Suite 762
Wilmington DE 19801

Apply Stickers Inc.
90 Furman St.
Brooklyn NY 11201

Araca Merchandise LP
545 West 45th Street, 10th Flr
New York NY 10036

LEGAL SERVICE
Aryel Gullion
c/o Americhoice Incorporators Ltd.
1201 N. Orange Street
Suite 762
Wilmington DE 19801

Avalara
Dept CH 16781
Palantine IL 60055

LEGAL SERVICE
Barclay Damon LLP
c/o Americhoice Incorporators Ltd.
1201 N. Orange Street
Suite 762
Wilmington DE 19801

LEGAL SERVICE
Beth Zylski
c/o Americhoice Incorporators Ltd.
1201 N. Orange Street
Suite 762
Wilmington DE 19801

Carol Fox and Associates, Inc.
1412 W. Belmont Ave.
Chicago IL 60657

LEGAL SERVICE
Checkr
c/o Americhoice Incorporators Ltd.
1201 N. Orange Street
Suite 762
Wilmington DE 19801

Christopher Badi Hougland
7902 Kara Court
Greenbelt MD 20770

| | |
|---|---|
| Randye B. Soref<br>City National Bank<br>c/o Polsinelli PC<br>2049 Century Park East, Ste 2900<br>Los Angeles CA 90067 | Michael V. DiPietro<br>City National Bank<br>c/o Polsinelli PC<br>222 Delaware Avenue, Ste 1101<br>Wilmington DE 19801 |
| LEGAL SERVICE<br>Corey Ross Productions Inc.<br>c/o Americhoice Incorporators Ltd.<br>1201 N. Orange Street<br>Suite 762<br>Wilmington DE 19801 | LEGAL SERVICE<br>Daniel Swartz<br>c/o Americhoice Incorporators Ltd.<br>1201 N. Orange Street<br>Suite 762<br>Wilmington DE 19801 |
| LEGAL SERVICE<br>Dina E. Meyers<br>c/o Americhoice Incorporators Ltd.<br>1201 N. Orange Street<br>Suite 762<br>Wilmington DE 19801 | Diversified Int'l Service Logistics System Corp<br>1805 Rollins Road<br>Burlingame CA 94010 |
| Eamotion, LLC<br>235 Park Ave S Fl 9<br>New York NY 10003 | Flyspace Productions<br>2731 N. Charles Street<br>Pittsburgh PA 15217 |
| Harlon, LLC<br>603 S Saylor Ave<br>Elmhurst IL 60126 | HC Marketing<br>La Prada Place<br>Las Vegas NV 89138 |

Herc Rentals Inc.
27500 Riverview Center Blvd
Suite 100
Bonita Springs FL 34134

LEGAL SERVICE
Immersive Art Space LP
c/o Americhoice Incorporators Ltd.
1201 N. Orange Street
Suite 762
Wilmington DE 19801

Impact Museums Inc.
Attn: Travis S. Hunter
c/o Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington DE 19801

Ingram Publisher Services LLC
4400 Harding Pike
Nashville TN 37205

JobTarget
600 Summer St 5th Floor
Stamford CT 06901

JobTarget
Dept CH 16743
Palatine IL 60055-6743

John B. Caprio
1100 Grant Street
Unit 408
Denver CO 80203

LHIM Productions, LLC
Attn: Travis S. Hunter
c/o Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington DE 19801

Scott B. Lepene
LHIMP (ABC), LLC
c/o Thompson Hine LLP
3900 Key Center
127 Public Square
Celeveland OH 44114-1291

Matthew P. Ward
Morgan L. Patterson
LHIMP (ABC), LLC
c/o Womble Bond Dickinson
1313 N. Market St., Ste 1200
Wilmington DE 19801

LEGAL SERVICE
Lighthouse Immersive Studios Inc.
c/o Americhoice Incorporators Ltd.
1201 N. Orange Street
Suite 762
Wilmington DE 19801

LEGAL SERVICE
Lighthouse Immersive Studios USA Corp.
c/o Americhoice Incorporators Ltd.
1201 N. Orange Street
Suite 762
Wilmington DE 19801

LEGAL SERVICE
Lighthouse Magic Maze USA Inc.
c/o Americhoice Incorporators Ltd.
1201 N. Orange Street
Suite 762
Wilmington DE 19801

Maestro Immersive Art, Inc.
2005 Palmer Avenue #1013
Larchmont NY 10538

Maestro Immersive Art, Inc.
c/o The Corporation
4 Harness Court
North Salem NY 10560

Meta Platforms, Inc.
15161 Collections Center Dr.
Chicago IL 60693

LEGAL SERVICE
Michael Nott
c/o Americhoice Incorporators Ltd.
1201 N. Orange Street
Suite 762
Wilmington DE 19801

Microcosm
2752 North Williams Avenue
Portland OR 97227

Move Solutions
2201 Chemsearch Boulevard
Dept DA
Irving TX 75062

Natalia Holler
130 Columbus Avenue
Boston MA 2116

| | |
|---|---|
| NYC & Company, Inc<br>810 7th Avenue 3rd Floor<br>New York NY 10019 | LEGAL SERVICE<br>Parker Sela<br>c/o Americhoice Incorporators Ltd.<br>1201 N. Orange Street<br>Suite 762<br>Wilmington DE 19801 |
| Plexi-Craft Quality Products Corp.<br>200 Lexington Avenue<br>Suite 914<br>New York NY 10016-9994 | Proskauer Rose LLP<br>Eleven Times Square<br>New York NY 10036 |
| R2 Property Management, LLC<br>Attn: Marc Garrison<br>1315 N. North Branch Street<br>Suite D<br>Chicago IL 60642 | Regency Realty Investors, LLC<br>Attn: Isiah R. Salazar<br>2500 17th Street<br>Suite 201<br>Denver CO 80211 |
| Rita Russo<br>1105 Canyon View Road<br>Apt. 106<br>Sagamore Hills OH 44067 | Rivers & Moorehead PLLC<br>398 S. Mill Avenue, Suite 307<br>Tempe AZ 85281-2840 |
| Rumor Agency<br>1105 Canyon View Road 106<br>Sagamore Hills OH 44067 | SCS Finance, Inc.<br>874 Walker Road, Ste. C<br>Dover DE 19904 |

| | |
|---|---|
| LEGAL SERVICE<br>Sean Richards<br>c/o Americhoice Incorporators Ltd.<br>1201 N. Orange Street<br>Suite 762<br>Wilmington DE 19801 | Sprout Social, Inc.<br>131 S Dearborn St., Ste 700<br>Chicago IL 60603 |
| LEGAL SERVICE<br>Starvox Entertainment Inc.<br>c/o Americhoice Incorporators Ltd.<br>1201 N. Orange Street<br>Suite 762<br>Wilmington DE 19801 | Stephen D. Rothschild<br>King, Holmes, Paterno & Soriano, LLP<br>1900 Avenue of the Stars<br>Twenty Fifth Floor<br>Los Angeles CA 90067-4506 |
| Technology Humans and Taste LLC<br>120 Walker Street<br>Floor 2<br>New York NY 10013 | The Sterling Law Office LLC<br>112 South Sangamon Street<br>Suite 101<br>Chicago IL 60607 |
| U.S. Law Group<br>427 North Canon Drive<br>Suite 206<br>Beverly Hills CA 90210 | U.S. Trustee<br>District of Delaware<br>844 King Street, Ste. 2207<br>Lockbox #35<br>Wilmington DE 19801 |
| Uline<br>12575 Uline Drive<br>Pleasant Prairie WI 53158 | UPS Supply Chain Solutions, Inc.<br>28013 Network Place<br>Chicago IL 60673-1280 |

| | |
|---|---|
| LEGAL SERVICE<br>Vadim Korol<br>c/o Americhoice Incorporators Ltd.<br>1201 N. Orange Street<br>Suite 762<br>Wilmington DE 19801 | Waldman Hirsch and Company, LLP<br>3 Second Street<br>Suite 204<br>Jersey City NJ 07311 |
| LEGAL SERVICE<br>William Thompson<br>c/o Americhoice Incorporators Ltd.<br>1201 N. Orange Street<br>Suite 762<br>Wilmington DE 19801 | Wilson Sonsini Goodrich Rosati<br>PO Box 742866<br>Los Angeles CA 90074-2866 |
| Young Conaway Stargatt & Taylor, LLP<br>1000 North King Street<br>Wilmington DE 19801 | |