# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Lighthouse Immersive Inc., *et al.*,<br><br>            Debtors in a Foreign Proceeding[1]. | ) Chapter 15<br>)<br>) Case No. 23-11021 (LSS)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: Docket No. 27** |

## LIMITED OBJECTION AND RESERVATION OF RIGHTS OF CITY NATIONAL BANK TO THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS

City National Bank ("**CNB**"), a secured creditor and party in interest, by and through its undersigned counsel, hereby files the following limited objection and reservation of rights (the "**Objection**") to the *Motion of the Foreign Representative for Entry of an Order (A)(I) Recognizing and Enforcing the CCAA SISP Order, (II) Recognizing and Enforcing the CCAA DIP Increase Order, (III) Recognizing and Enforcing the CCAA Sealing Order, and (IV) Recognizing and Enforcing the CCAA Stay Extension Order, and (B)(I) Recognizing and Enforcing the Canadian Approval and Vesting Order, (II) Approving the Sale of Substantially all of the Debtors' Assets Free and Clear of Liens, Claims and Encumbrances, and (III) Granting Related Relief* [Docket No. 27] (the "**Recognition and Sale Motion**") filed by the above-captioned debtors and debtors in possession (the "**Debtors**"). In support of this Objection, CNB respectfully states as follows:[2]

---

[1] The Debtors and the last four digits of its U.S. Federal Employer Identification Numbers or other unique identifier are as follows: Lighthouse Immersive Inc. (9411) (Ontario Corporation No.) and Lighthouse Immersive USA Inc. (2401) (FEIN). The Debtors' mailing address is 640 Briar Hill Avenue, Toronto, Ontario, Canada, M5N 1N2.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Recognition and Sale Motion.

1

**I.     Introduction and Background**

1. On or about October 25, 2021, CNB and Lighthouse Immersive USA Inc. ("**Lighthouse USA**") entered into that certain security agreement (the "**Security Agreement**") under which Lighthouse USA granted CNB a security interest in a savings account (the "**Deposit Account**") to secure payment of all of Lighthouse USA's indebtedness to CNB with respect to a secured credit card account (the "**Credit Card Account**"). In connection with the Credit Card Account, Lighthouse USA and CNB also entered into that certain Commercial Credit Card Agreement (the "**Credit Card Agreement**").

2. The Credit Card Account is secured by collateral, defined in the Security Agreement as:

> Savings Account Number [], maintained by Lighthouse Immersive USA, Inc at City National Bank, New York Business Banking Branch, and all additions thereto, all substitutions therefor and all proceeds thereof.

(the "**Collateral**").

3. CNB perfected its interest in the Collateral by obtaining control of the Deposit Account in accordance with New York law. *See* NY UCC §§ 9-314 and 9-104 (2022).

4. Further, an event of default under the Security Agreement includes, but is not limited to: (1) Lighthouse USA's failure to pay when due any principal, interest, or other amount; (2) Lighthouse USA's failure to perform or observe any of the terms, provisions, covenants, agreements or obligations contained in the Security Agreement; and (3) if CNB, in good faith, deems itself insecure because the prospect of performance of any covenant or agreement in the Security Agreement is impaired. Pursuant to the Security Agreement, the available remedies for such an event of default include acceleration of Lighthouse USA's total indebtedness.

5. On August 30, 2023, CNB filed a Motion for Relief from the Automatic Stay [Docket No. 21] (the "**Stay Relief Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

6. On October 16, 2023, the Court entered its *Order Approving Stipulation Between the Debtors and City National Bank Granting Limited Relief from the Automatic Stay* [Docket No. 26] (the "**Stipulation**"). The Stipulation provided that the automatic stay of Bankruptcy Code section 362(a) would be modified for "the limited purpose of allowing the Debtors to continue using the Credit Card Account". *See* Stipulation at ¶ (emphasis added). The Stipulation further provided that, upon the occurrence of a default not cured in accordance with the Stipulation, "CNB, solely at its discretion, shall be entitled to terminate the Credit Card Agreement or otherwise exercise all rights and remedies pursuant to the Credit Card Agreement." *See* Stipulation at ¶ 5.

## II. The Recognition and Sale Motion

7. On October 19, 2023, the Debtors filed their Recognition and Sale Motion, by which they seek to sell substantially all of the Debtors' Assets.

8. On October 27, 2023, the Court entered an *Order (I) Recognizing and Enforcing (A) the CCAA SISP Order, (B) the CCAA DIP Increase Order, (C) the CCAA Sealing Order and (D) the CCAA Stay Extension Order and (II) Granting Related Relief* [Docket No. 32] (the "**Sale Recognition Order**").

9. Pursuant to the Sale Recognition Order, the hearing to approve the sale of substantially all of the Debtors' assets will be held on December 4, 2023 at 10:30 a.m. (ET) (the "**Sale Hearing**").

## III. Limited Objection and Reservation of Rights

10. CNB does not generally object to the Debtors' proposed Sale of the Acquired Assets, but files this Objection to assert and preserve its rights and interests arising from and related to (i) the Credit Card Agreement, (ii) the Security Agreement, and (iii) the Stipulation.

11. Notwithstanding, CNB does not consent to any sale that would include the assignment of the Debtors' Credit Card Account to the entity submitting the Successful Bid (the "**Successful Bidder**") without CNB's consent. *See* 11 U.S.C. § 365(c)(2) (stating that the trustee may not assume and assign an executory contract that is "a contract to make a loan, or extend other debt financing or financial accommodations, to or for the benefit of the debtor"). Furthermore, assumption and rejection of executory contracts, particularly the assumption or rejection of numerous executory contracts or

unexpired leases, requires the filing of a motion that meets specific criteria. *See* Fed. R. Bankr. P. 6006(a)-(f), 9014(a); 11 U.S.C. § 365(a); *see also Sea Harvest Corp. v. Riviera Land Co.*, 868 F.2d 1077, 1079 (9th Cir. 1989) (finding that the Federal Rules of Bankruptcy Procedure "plainly specify that a debtor in possession must file a formal motion" in order to assume an executory contract).

12. CNB hereby expressly reserves all of its rights to amend, supplement, modify, or withdraw this Objection in whole or in part at any time. CNB does not waive any right it may have by filing this Objection, including, without limitation, the right to terminate the Credit Card Agreement in accordance with its terms and the terms of the Stipulation and to object to and/or raise any other issue in connection with the Sale Motion, selection of the successful bidder, and any proposed Sale transaction. CNB also reserves the right to further address the Recognition and Sale Motion, Sale, Sale Order and any other issues raised by the Debtors or any other party at any hearing or through any pleading.

| | |
|---|---|
| Dated: November 27, 2023<br>　　　　Wilmington, Delaware | **POLSINELLI PC**<br><br>*/s/ Michael V. DiPietro*<br>Michael V. DiPietro (Del. Bar No. 6781)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>mdipietro@polsinelli.com<br><br>*Counsel for City National Bank* |

92205648.2

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 27, 2023, a true and correct copy of the foregoing was caused to be served via the Court's CM/ECF system on all parties authorized to receive e-notice in this case and upon the parties listed below via electronic mail.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Derek C. Abbott
Tamara K. Mann
1201 N. Market St., 16th Floor
Wilmington, DE 19801
dabbott@morrisnichols.com
tmann@morrisnichols.com

- and -

MILLER THOMSON LLP
Kyla Mahar
Gina Rhodes
40 King Street West, Suite 5800
Toronto (Ontario), Canada M5H 3S1
kmahar@millerthomson.com
grhodes@millerthomson.com

                                          */s/ Michael V. DiPietro*
                                          Michael V. DiPietro (Del. Bar No. 6781)

92205648.2