# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 15 |
| Lighthouse Immersive Inc., *et al.* | Case No. 23-11021 (LSS) |
| Debtors in a Foreign Proceeding.[1] | Jointly Administered |

## NOTICE OF FILING OF CERTIFIED APPROVAL AND VESTING ORDER

**PLEASE TAKE NOTICE** that, on October 19, 2023, the above-captioned Debtors filed the *Motion of the Foreign Representative for Entry of an Order (A)(I) Recognizing and Enforcing the CCAA SISP Order, (II) Recognizing and Enforcing the CCAA DIP Increase Order, (III) Recognizing and Enforcing the CCAA Sealing Order, and (IV) Recognizing and Enforcing the CCAA Stay Extension Order, and (B)(I) Recognizing and Enforcing the Canadian Approval and Vesting Order, (II) Approving the Sale of Substantially all of the Debtors' Assets Free and Clear of Liens, Claims and Encumbrances, and (III) Granting Related Relief* [D.I. 27] (the "Recognition and Sale Motion"). [2]

**PLEASE TAKE FURTHER NOTICE** that, on November 27, 2023, the Canadian Court entered the Approval and Vesting Order in the Canadian Proceeding. A certified copy of the Approval and Vesting Order is attached hereto as **Exhibit A**.

Dated:  November 28, 2023
         Wilmington, Delaware

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Derek C. Abbott*
    Derek C. Abbott (No. 3367)
    Tamara K. Mann (No. 5643)
    1201 N. Market St., 16th Floor
    Wilmington, DE 19801
    Telephone: (302) 658-9200
    Facsimile:  (302) 658-3989
    dabbott@morrisnichols.com
    tmann@morrisnichols.com

    - and –

---

[1] The Debtors and the last four digits of its U.S. Federal Employer Identification Numbers or other unique identifier are as follows: Lighthouse Immersive Inc. (9411) (Ontario Corporation No.) and Lighthouse Immersive USA Inc. (2401) (FEIN).  The Debtors' mailing address is 640 Briar Hill Avenue, Toronto, Ontario, Canada, M5N 1N2.

[2] Capitalized terms used but not defined herein shall have the meanings given to them in the Recognition and Sale Motion.

MILLER THOMSON LLP
Kyla Mahar (LSO# 44182G)
Gina Rhodes (LSO# 78849U)
40 King Street West, Suite 5800
Toronto (Ontario), Canada M5H 3S1
Telephone: (416) 597-4303
kmahar@millerthomson.com
grhodes@millerthomson.com

*Counsel for the Foreign Representative*