UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 15 |
|---|---|
| Lighthouse Immersive Inc.., *et al.* | Case No. 23-11021 (LSS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Gene Matthews, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On November 17, 2023, at my direction and under my supervision, employees of Reliable Companies caused to be served the following document by first class mail on the service list attached hereto as Exhibit A:

| 11/17/2023 | 34 | Exhibit(s) // *Notice of Designation of Successful Bidder for the Sale of Substantially all of the Debtors' Assets* Filed by Lighthouse Immersive Inc.. (Abbott, Derek) |
|---|---|---|

X /s/ Gene Matthews
Gene Matthews

Dated: November 28, 2023

State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 28th day of November 2023, by Gene Matthews proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X /s/ David Tyler Kitto

