# EXHIBIT A

2150 Investment Co.
Attn: Gerald Quinn
4329 Shelbourne Lane
Columbus OH 43220

850 E 72nd LLC
c/o Cushman and Wakefield
Attn: Rico Pietro
3 Summit Park Drive
Suite 200
Independence OH 44131

Adam Tesyaev
1 Yonge Street
Toronto
Ontario  M5E 2A3
Canada

Aird Berlis LLP
Brookfield Place
181 Bay St., Suite 18
Toronto
Ontario  M5J 2T9
Canada

akg-images Ltd
42 Beulah Road, Unit 1
London  SW19 3SB
England

LEGAL SERVICE
Albert Asante
c/o Americhoice Incorporators Ltd.
1201 N. Orange Street
Suite 762
Wilmington DE 19801

Andrei Mazuruc
686 Mississauga Valley Blvd.
Mississauga  L5A 1Z4
Canada

LEGAL SERVICE
Anida N Chareunsouk
c/o Americhoice Incorporators Ltd.
1201 N. Orange Street
Suite 762
Wilmington DE 19801

Apply Stickers Inc.
90 Furman St.
Brooklyn NY 11201

Arabelle Samaniego
1 Yonge Street
Toronto
Ontario  M5E 2A3
Canada

| | |
|---|---|
| Araca Merchandise LP<br>545 West 45th Street, 10th Flr<br>New York NY 10036 | LEGAL SERVICE<br>Aryel Gullion<br>c/o Americhoice Incorporators Ltd.<br>1201 N. Orange Street<br>Suite 762<br>Wilmington DE 19801 |
| Avalara<br>Dept CH 16781<br>Palantine IL 60055 | B. Riley Farber Inc.<br>Attn: A. Nackan/Hylton Levy<br>150 York Street, Ste 1600<br>Toronto<br>Ontario  M5H 3S5<br>Canada |
| Banco de Mexico<br>Banco central en<br>Av. 5 de Mayo 2<br>Colonia Centro, Centro<br>Cuauhtémoc, Código<br>Alcaldía Ciudad de México  06000<br>CDMX Mexico | LEGAL SERVICE<br>Barclay Damon LLP<br>c/o Americhoice Incorporators Ltd.<br>1201 N. Orange Street<br>Suite 762<br>Wilmington DE 19801 |
| LEGAL SERVICE<br>Beth Zylski<br>c/o Americhoice Incorporators Ltd.<br>1201 N. Orange Street<br>Suite 762<br>Wilmington DE 19801 | Beyond Digital Imaging<br>7 Esna Park Drive, Unit 12-14<br>Markham<br>Ontario  L3R 6E7<br>Canada |
| Binworks Inc<br>31 White Spruce Crescent<br>Vaughn<br>Ontario  L6A 4C6<br>Canada | Blok Music<br>334 Pacific Avenue<br>Toronto<br>Ontario  M6P 2P9<br>Canada |

Brand Blvd
261 Martindale Road, Unit 13
St. Catharines
Ontario L2W 1A2
Canada

Brian Illion Professional Corporation
14-33 Bay Street
Toronto
Ontario M5H 2S8
Canada

C. Derrick Chua
9100 Jane Street
Bldg A, Suite 208
Concord
Ontario L4K 0A4
Canada

Canaccord Genuity Corp
40 Temperance St, Ste 2100
Toronto
Ontario M5H 0B4
Canada

Canada Revenue Agency (Income Taxes)
4695 Blvd de Shawinigan-Sud
Shawinigan-Sud
Quebec G9N 6T5
Canada

Carol Fox and Associates, Inc.
1412 W. Belmont Ave.
Chicago IL 60657

LEGAL SERVICE
Checkr
c/o Americhoice Incorporators Ltd.
1201 N. Orange Street
Suite 762
Wilmington DE 19801

Christopher Badi Hougland
7902 Kara Court
Greenbelt MD 20770

Randye B. Soref
City National Bank
c/o Polsinelli PC
2049 Century Park East, Ste 2900
Los Angeles CA 90067

Michael V. DiPietro
City National Bank
c/o Polsinelli PC
222 Delaware Avenue, Ste 1101
Wilmington DE 19801

Claire Joven
1 Yonge Street
Toronto
Ontario  M5E 2A3
Canada

Cloud Space Inc.
73 Robert Berry Cresent
King City
Ontario  L7B OM6
Canada

Co-op Cabs
130 Rivalda Rd,
Toronto
Ontario  M9M 2M8
Canada

Corey Ross Productions Inc.
1 Yonge Street
Ontario  M5E 2A3
Canada

LEGAL SERVICE
Corey Ross Productions Inc.
c/o Americhoice Incorporators Ltd.
1201 N. Orange Street
Suite 762
Wilmington DE 19801

LEGAL SERVICE
Daniel Swartz
c/o Americhoice Incorporators Ltd.
1201 N. Orange Street
Suite 762
Wilmington DE 19801

Demilo Films Inc
22 Thelma Avenue
Toronto
Ontario  M4V 1X9
Canada

LEGAL SERVICE
Dina E. Meyers
c/o Americhoice Incorporators Ltd.
1201 N. Orange Street
Suite 762
Wilmington DE 19801

Diversified Int'l Service Logistics System Corp
1805 Rollins Road
Burlingame CA 94010

Dvoretsky Holding Inc.
1 Yonge Street
Ontario  M5E 2A3
Canada

Eamotion, LLC
235 Park Ave S Fl 9
New York NY 10003

Eccentric Visions LLC
Visioni Eccentriche
Via Isidoro del Lungo
Rome  26 - 00137
Italy

Flyspace Productions
2731 N. Charles Street
Pittsburgh PA 15217

Fortis Consulting
300 Steelcase Rd. W, Unit 29
Markham
Ontario  L3R 2W2
Canada

Harlon, LLC
603 S Saylor Ave
Elmhurst IL 60126

HC Marketing
La Prada Place
Las Vegas NV 89138

Herc Rentals Inc.
27500 Riverview Center Blvd
Suite 100
Bonita Springs FL 34134

Higher Ground Rigging & Metal Fabrication
1314 Lansdowne Ave.
Toronto
Ontario  M6H 3Z8
Canada

HumanaCare
445 Apple Creek Blvd, Ste 202
Markham
Ontario  L3R 9X7
Canada

Imex Customs Brokers
335 Airway Drive
Mississauga
Ontario  L4V 1T3
Canada

LEGAL SERVICE
Immersive Art Space LP
c/o Americhoice Incorporators Ltd.
1201 N. Orange Street
Suite 762
Wilmington DE 19801

Impact Museums Inc.
Attn: Travis S. Hunter
c/o Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington DE 19801

Ingram Publisher Services LLC
4400 Harding Pike
Nashville TN 37205

Intergroup Facility Services Inc.
16 Sims Cres., Unit 22
Richmond Hill
Ontario  L4B 2P1
Canada

Joana Provido
33 Isabella St., #2108
Toronto
Ontario  M4Y 2P7
Canada

JobTarget
600 Summer St 5th Floor
Stamford CT 06901

JobTarget
Dept CH 16743
Palatine IL 60055-6743

John B. Caprio
1100 Grant Street
Unit 408
Denver CO 80203

Kayla Kangas
61 Rowntree Ave  Toronto
Toronto  M6N 1R8
Canada

Kuo-Cheng Lin
1 Yonge Street
Toronto
Ontario  M5E 2A3
Canada

| | |
|---|---|
| LHIM Productions, LLC<br>Attn: Travis S. Hunter<br>c/o Richards Layton & Finger<br>One Rodney Square<br>920 N. King Street<br>Wilmington DE 19801 | Scott B. Lepene<br>LHIMP (ABC), LLC<br>c/o Thompson Hine LLP<br>3900 Key Center<br>127 Public Square<br>Celeveland OH 44114-1291 |
| Matthew P. Ward<br>Morgan L. Patterson<br>LHIMP (ABC), LLC<br>c/o Womble Bond Dickinson<br>1313 N. Market St., Ste 1200<br>Wilmington DE 19801 | Lighthouse Immersive Inc.<br>c/o Miller Tomson LLP<br>Attn: K. Mahar & G. Rhodes<br>Scotia Plaza<br>40 King Street W,, Ste 5800<br>P.O. Box 1011<br>Toronto<br>Ontario  M5H 3S1<br>Canada |
| Lighthouse Immersive Studios Inc.<br>1 Yonge Street<br>Ontario  M5E 2A3<br>Canada | LEGAL SERVICE<br>Lighthouse Immersive Studios Inc.<br>c/o Americhoice Incorporators Ltd.<br>1201 N. Orange Street<br>Suite 762<br>Wilmington DE 19801 |
| Lighthouse Immersive Studios USA Corp.<br>1 Yonge Street<br>Ontario  M5E 2A3<br>Canada | LEGAL SERVICE<br>Lighthouse Immersive Studios USA Corp.<br>c/o Americhoice Incorporators Ltd.<br>1201 N. Orange Street<br>Suite 762<br>Wilmington DE 19801 |
| LEGAL SERVICE<br>Lighthouse Magic Maze USA Inc.<br>c/o Americhoice Incorporators Ltd.<br>1201 N. Orange Street<br>Suite 762<br>Wilmington DE 19801 | Lightspeed Retail<br>700 Rue Saint-Antoine E<br>Suite 300<br>Montreal<br>Quebec  H2Y 1A6<br>Canada |

| | |
|---|---|
| Linda Litwack<br>2 Flanders Road<br>Toronto<br>Ontario  M6C 3K6<br>Canada | Maestro Immersive Art, Inc.<br>2005 Palmer Avenue #1013<br>Larchmont NY 10538 |
| Maestro Immersive Art, Inc.<br>c/o The Corporation<br>4 Harness Court<br>North Salem NY 10560 | Maria Klos Padi<br>102-220 Lake Promenade<br>Etobicoke<br>Ontario  M8W 1A9<br>Canada |
| Meta Platforms, Inc.<br>15161 Collections Center Dr.<br>Chicago IL 60693 | LEGAL SERVICE<br>Michael Nott<br>c/o Americhoice Incorporators Ltd.<br>1201 N. Orange Street<br>Suite 762<br>Wilmington DE 19801 |
| Michael Zarathus-Cook<br>72 Vermont Ave, Apt B<br>Toronto<br>Ontario  M6G 1X9<br>Canada | Microcosm<br>2752 North Williams Avenue<br>Portland OR 97227 |
| Move Solutions<br>2201 Chemsearch Boulevard<br>Dept DA<br>Irving TX 75062 | Natalia Holler<br>130 Columbus Avenue<br>Boston MA 2116 |

Natasha Abramova
1 Yonge Street
Toronto
Ontario  M5E 2A3
Canada

NYC & Company, Inc
810 7th Avenue 3rd Floor
New York NY 10019

Ocean Stream Inc.
146 Thirtieth Street
Etobicoke
Ontario  M8W 3C4
Canada

LEGAL SERVICE
Parker Sela
c/o Americhoice Incorporators Ltd.
1201 N. Orange Street
Suite 762
Wilmington DE 19801

Peder Pedersen
3506-181 Dundas Street E
Toronto  M5A 0N5
Canada

Plexi-Craft Quality Products Corp.
200 Lexington Avenue
Suite 914
New York NY 10016-9994

PricewaterhouseCoopers LLP
PwC Tower
18 York Street, Suite 2600
Toronto
Ontario  M5J 0B2
Canada

Production Resource Group ("PRG")
c/o LockBox 91766
PO Box 49 Stn A
Toronto
Ontario  M5W E9
Canada

Proskauer Rose LLP
Eleven Times Square
New York NY 10036

R2 Property Management, LLC
Attn: Marc Garrison
1315 N. North Branch Street
Suite D
Chicago IL 60642

Regency Realty Investors, LLC
Attn: Isiah R. Salazar
2500 17th Street
Suite 201
Denver CO 80211

Richard Vainio
462 Rhodes Avenue
Toronto M4L 3A5
Canada

Rita Russo
1105 Canyon View Road
Apt. 106
Sagamore Hills OH 44067

Rivers & Moorehead PLLC
398 S. Mill Avenue, Suite 307
Tempe AZ 85281-2840

Royal Bank of Canada
36 York Mills Road, 4th Flr.
North York
Ontario M2P 2E9
Canada

Rumor Agency
1105 Canyon View Road 106
Sagamore Hills OH 44067

Safety First Training
2425 Matheson Blvd E, 8th Flr
Mississauga
Ontario L4W 5K4
Canada

SCS Finance, Inc.
874 Walker Road, Ste. C
Dover DE 19904

LEGAL SERVICE
Sean Richards
c/o Americhoice Incorporators Ltd.
1201 N. Orange Street
Suite 762
Wilmington DE 19801

SFIR Consulting Ltd.
30 Ohr Menachem Way
Thornhill
Ontario L4J 8X7
Canada

Show One Productions Inc.
1 Yonge Street
Ontario  M5E 2A3
Canada

Silent Beats Events
5247 Marcel Cres.
Niagara Falls
Ontario  L2E7M5
Canada

Simon Clemo
478 Salem Avenue N.
Toronto
Ontario  M6H 3H1
Canada

Slava Z Holdco Inc.
16 McCombe Lane
Maple
Ontario  L6A 4G2
Canada

Sprout Social, Inc.
131 S Dearborn St., Ste 700
Chicago IL 60603

Starvox Entertainment Inc.
1 Yonge Street
Ontario  M5E 2A3
Canada

LEGAL SERVICE
Starvox Entertainment Inc.
c/o Americhoice Incorporators Ltd.
1201 N. Orange Street
Suite 762
Wilmington DE 19801

Stosic & Associates Ltd.
385 Brunswick Ave, Ste 54
Toronto
Ontario  M5R 3R1
Canada

Sunbelt Rentals, Inc.
PO Box 99257
Station Terminal
Vancouver  V6B 0N5
British Columbia

Technology Humans and Taste LLC
120 Walker Street
Floor 2
New York NY 10013

| | |
|---|---|
| The Printing House (CAD)<br>1403 Bathurst Street<br>Toronto<br>Ontario  M5R 3H8<br>Canada | The Sterling Law Office LLC<br>112 South Sangamon Street<br>Suite 101<br>Chicago IL 60607 |
| Tickx Limited<br>11 Leadenhall Street<br>London  EC3V 1LP<br>England | Tuff Gong International Ltd.<br>220 Marcus Garvey Drive<br>Kingston 11 Jamaica<br>W.I. |
| twenty6two International Inc.<br>320 Davenport Road, Unit 200<br>Toronto<br>Ontario  M5R 1K6<br>Canada | U.S. Law Group<br>427 North Canon Drive<br>Suite 206<br>Beverly Hills CA 90210 |
| U.S. Trustee<br>District of Delaware<br>844 King Street, Ste. 2207<br>Lockbox #35<br>Wilmington DE 19801 | Uline<br>12575 Uline Drive<br>Pleasant Prairie WI 53158 |
| UPS Supply Chain Solutions, Inc.<br>28013 Network Place<br>Chicago IL 60673-1280 | LEGAL SERVICE<br>Vadim Korol<br>c/o Americhoice Incorporators Ltd.<br>1201 N. Orange Street<br>Suite 762<br>Wilmington DE 19801 |

| | |
|---|---|
| Waldman Hirsch and Company, LLP<br>3 Second Street<br>Suite 204<br>Jersey City NJ 07311 | LEGAL SERVICE<br>William Thompson<br>c/o Americhoice Incorporators Ltd.<br>1201 N. Orange Street<br>Suite 762<br>Wilmington DE 19801 |
| Wilson Sonsini Goodrich Rosati<br>PO Box 742866<br>Los Angeles CA 90074-2866 | Young Conaway Stargatt & Taylor, LLP<br>1000 North King Street<br>Wilmington DE 19801 |