# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 15 |
| Lighthouse Immersive Inc., *et al.* | Case No. 23-11021 (LSS) |
| Debtors in a Foreign Proceeding.[1] | Jointly Administered |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on November 21, 2023, the undersigned counsel caused a copy of the following documents to be served via email on Stephen D. Rothschild, King, Holmes, Paterno & Soriano, LLP, 1900 Avenue of the Stars, 25th Floor, Los Angeles, CA 90067-4506, srothschild@khpslaw.com.

a. *Notice of (I) Filing of Chapter 15 Petitions, (II) Entry of Provisional Order, (III) Motion for Recognition of Foreign Proceeding and Related Relief, and (IV) Hearing on Petitions and Related Relief;*

b. *Notice of Filing of Amended and Restated Initial Order* (D.I. 23);

c. *Motion of the Foreign Representative for Entry of an Order (A)(I) Recognizing and Enforcing the CCAA SISP Order, (II) Recognizing and Enforcing the CCAA Dip Increase Order, (III) Recognizing and Enforcing the CCAA Sealing Order, and (IV) Recognizing and Enforcing the CCAA Stay Extension Order, and (B)(I) Recognizing and Enforcing the Canadian Approval and Vesting Order, (II) Approving the Sale of Substantially all of the Debtors' Assets Free and Clear of Liens, Claims and Encumbrances, and (III) Granting Related Relief* (D.I. 27);

d. *Foreign Representative's Motion for an Order Shortening Notice of Motion of the Foreign Representative for Entry of an Order Recognizing and Enforcing (I) the CCAA SISP Order, (II) the CCAA DIP Increase Order, (III) the CCAA Sealing Order, and (IV) the CCAA Stay Extension Order* (D.I. 28); and

e. *Notice of Designation of Successful Bidder for the Sale of Substantially all of the Debtors' Assets* (D.I. 34).

---

[1] The Debtors and the last four digits of its U.S. Federal Employer Identification Numbers or other unique identifier are as follows: Lighthouse Immersive Inc. (9411) (Ontario Corporation No.) and Lighthouse Immersive USA Inc. (2401) (FEIN).  The Debtors' mailing address is 640 Briar Hill Avenue, Toronto, Ontario, Canada, M5N 1N2.

Dated: November 28, 2023
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Mann*
Derek C. Abbott (No. 3367)
Tamara K. Mann (No. 5643)
1201 N. Market St., 16th Floor
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
dabbott@morrisnichols.com
tmann@morrisnichols.com

- and –

MILLER THOMSON LLP
Kyla Mahar (LSO# 44182G)
Gina Rhodes (LSO# 78849U)
40 King Street West, Suite 5800
Toronto (Ontario), Canada M5H 3S1
Telephone: (416) 597-4303
kmahar@millerthomson.com
grhodes@millerthomson.com

*Counsel for the Foreign Representative*