**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 15 |
| Lighthouse Immersive Inc., *et al.* | Case No. 23-11021 (LSS) |
| Debtors in a Foreign Proceeding.[1] | Jointly Administered |
| | **RE D.I. 27** |

**CERTIFICATION OF COUNSEL REGARDING ORDER PURSUANT TO SECTIONS 105(a), 363, 365, 1501, 1514, 1520 AND 1521 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002, 6004, 6006 AND 9014, (I) RECOGNIZING AND ENFORCING THE CANADIAN APPROVAL AND VESTING ORDER, (II) APPROVING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES, AND (III) GRANTING RELATED RELIEF**

The undersigned counsel to the authorized foreign representative of Lighthouse Immersive Inc. ("Lighthouse CA") and Lighthouse Immersive USA Inc. ("Lighthouse USA," and, with Lighthouse CA, the "Debtors") hereby certifies as follows:

1. On July 27, 2023 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 15 of the Bankruptcy Code.

2. On October 19, 2023, the Debtors filed the *Motion of the Foreign Representative for Entry of an Order (A)(I) Recognizing and Enforcing the CCAA SISP Order, (II) Recognizing and Enforcing the CCAA DIP Increase Order, (III) Recognizing and Enforcing the CCAA Sealing Order, and (IV) Recognizing and Enforcing the CCAA Stay Extension Order, and (B)(I) Recognizing and Enforcing the Canadian Approval and Vesting Order, (II) Approving the*

---

[1] The Debtors and the last four digits of its U.S. Federal Employer Identification Numbers or other unique identifier are as follows: Lighthouse Immersive Inc. (9411) (Ontario Corporation No.) and Lighthouse Immersive USA Inc. (2401) (FEIN).  The Debtors' mailing address is 640 Briar Hill Avenue, Toronto, Ontario, Canada, M5N 1N2.

*Sale of Substantially all of the Debtors' Assets Free and Clear of Liens, Claims and Encumbrances, and (III) Granting Related Relief* [D.I. 27] (the "Recognition and Sale Motion"). Attached to the Motion as Exhibit B was a proposed form of sale order (the "Proposed Sale Order").

3.    On December 4, 2023, at 10:30 a.m. (ET), the United States Bankruptcy Court for the District of Delaware (the "Court") held a hearing (the "Sale Hearing") to consider the relief requested in the Motion. At the Sale Hearing, the Court provided comments to the Proposed Sale Order.

6.    The Debtors have revised the Proposed Sale Order (the "Revised Proposed Sale Order") to resolve the comments received from the Court. A copy of the Revised Proposed Sale Order is attached hereto as **Exhibit A**.

7.    For the convenience of the Court and all parties in interest, a blackline comparing the Revised Proposed Sale Order to the Proposed Sale Order is attached hereto as **Exhibit B**.

WHEREFORE, the Foreign Representative respectfully requests that the Court enter the Revised Proposed Sale Order at its earliest convenience.

| | |
|---|---|
| Dated: December 5, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Derek C. Abbott*<br>**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>Derek C. Abbott (No. 3376)<br>Tamara K. Mann (No. 5643)<br>1201 Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email:  dabbott@morrisnichols.com<br>            tmann@morrisnichols.com<br><br>*Counsel to the Foreign Representative* |