## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| Lighthouse Immersive Inc.., *et al.* | Case No. 23-11021 (LSS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On December 6, 2023, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by first class mail on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 12/06/2023 | 45 | Order Pursuant To Sections 105(A), 363, 365, 1501, 1514, 1520 And 1521 Of The Bankruptcy Code And Bankruptcy Rules 2002, 6004, 6006 And 9014, (I) Recognizing And Enforcing The Canadian Approval And Vesting Order, (II) Approving The Sale Of Substantially All Of The Debtors Assets Free And Clear Of Liens, Claims And Encumbrances, And (III) Granting Related Relief (related document(s)27) Order Signed on 12/6/2023. (CMB) (Entered: 12/06/2023) |

x /s/ L. Heggan
Laurie Heggan

Dated: December 7, 2023
State of Delaware
County of New Castle
Subscribed and sworn to (or affirmed) before me on this 7th day of December 2023, by Laurie Heggan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

x /s/ Jesse L. Blevins

JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2024

# EXHIBIT A

| | |
|---|---|
| **Served via 1st Class Mail**<br>Sunbelt Rentals, Inc.<br>PO Box 99257<br>Station Terminal<br>Vancouver  V6B 0N5<br>British Columbia | **Served via 1st Class Mail**<br>Adam Tesyaev<br>1 Yonge Street<br>Toronto<br>Ontario  M5E 2A3<br>Canada |
| **Served via 1st Class Mail**<br>Aird Berlis LLP<br>Brookfield Place<br>181 Bay St., Suite 18<br>Toronto<br>Ontario  M5J 2T9<br>Canada | **Served via 1st Class Mail**<br>Andrei Mazuruc<br>686 Mississauga Valley Blvd.<br>Mississauga  L5A 1Z4<br>Canada |
| **Served via 1st Class Mail**<br>Arabelle Samaniego<br>1 Yonge Street<br>Toronto<br>Ontario  M5E 2A3<br>Canada | **Served via 1st Class Mail**<br>B. Riley Farber Inc.<br>Attn: A. Nackan/Hylton Levy<br>150 York Street, Ste 1600<br>Toronto<br>Ontario  M5H 3S5<br>Canada |
| **Served via 1st Class Mail**<br>Beyond Digital Imaging<br>7 Esna Park Drive, Unit 12-14<br>Markham<br>Ontario  L3R 6E7<br>Canada | **Served via 1st Class Mail**<br>Binworks Inc<br>31 White Spruce Crescent<br>Vaughn<br>Ontario  L6A 4C6<br>Canada |
| **Served via 1st Class Mail**<br>Blok Music<br>334 Pacific Avenue<br>Toronto<br>Ontario  M6P 2P9<br>Canada | **Served via 1st Class Mail**<br>Brand Blvd<br>261 Martindale Road, Unit 13<br>St. Catharines<br>Ontario  L2W 1A2<br>Canada |
| **Served via 1st Class Mail**<br>Brian Illion Professional Corporation<br>14-33 Bay Street<br>Toronto<br>Ontario  M5H 2S8<br>Canada | **Served via 1st Class Mail**<br>C. Derrick Chua<br>9100 Jane Street<br>Bldg A, Suite 208<br>Concord<br>Ontario  L4K 0A4<br>Canada |
| **Served via 1st Class Mail**<br>Canaccord Genuity Corp<br>40 Temperance St, Ste 2100<br>Toronto<br>Ontario  M5H 0B4<br>Canada | **Served via 1st Class Mail**<br>Canada Revenue Agency (Income Taxes)<br>4695 Blvd de Shawinigan-Sud<br>Shawinigan-Sud<br>Quebec  G9N 6T5<br>Canada |

**Served via 1st Class Mail**
Claire Joven
1 Yonge Street
Toronto
Ontario  M5E 2A3
Canada

**Served via 1st Class Mail**
Cloud Space Inc.
73 Robert Berry Cresent
King City
Ontario  L7B 0M6
Canada

**Served via 1st Class Mail**
Co-op Cabs
130 Rivalda Rd,
Toronto
Ontario  M9M 2M8
Canada

**Served via 1st Class Mail**
Corey Ross Productions Inc.
1 Yonge Street
Ontario  M5E 2A3
Canada

**Served via 1st Class Mail**
Demilo Films Inc
22 Thelma Avenue
Toronto
Ontario  M4V 1X9
Canada

**Served via 1st Class Mail**
Dvoretsky Holding Inc.
1 Yonge Street
Ontario  M5E 2A3
Canada

**Served via 1st Class Mail**
Fortis Consulting
300 Steelcase Rd. W, Unit 29
Markham
Ontario  L3R 2W2
Canada

**Served via 1st Class Mail**
Higher Ground Rigging & Metal Fabrication
1314 Lansdowne Ave.
Toronto
Ontario  M6H 3Z8
Canada

**Served via 1st Class Mail**
HumanaCare
445 Apple Creek Blvd, Ste 202
Markham
Ontario  L3R 9X7
Canada

**Served via 1st Class Mail**
Imex Customs Brokers
335 Airway Drive
Mississauga
Ontario  L4V 1T3
Canada

**Served via 1st Class Mail**
Intergroup Facility Services Inc.
16 Sims Cres., Unit 22
Richmond Hill
Ontario  L4B 2P1
Canada

**Served via 1st Class Mail**
Joana Provido
33 Isabella St., #2108
Toronto
Ontario  M4Y 2P7
Canada

**Served via 1st Class Mail**
Kayla Kangas
61 Rowntree Ave  Toronto
Toronto  M6N 1R8
Canada

**Served via 1st Class Mail**
Kuo-Cheng Lin
1 Yonge Street
Toronto
Ontario  M5E 2A3
Canada

| | |
|---|---|
| **Served via 1st Class Mail**<br>Lighthouse Immersive Inc.<br>c/o Miller Tomson LLP<br>Attn: K. Mahar & G. Rhodes; Scotia Plaza<br>40 King Street W,, Ste 5800<br>P.O. Box 1011<br>Toronto Ontario  M5H 3S1<br>Canada | **Served via 1st Class Mail**<br>Lighthouse Immersive Studios Inc.<br>1 Yonge Street<br>Ontario  M5E 2A3<br>Canada |
| **Served via 1st Class Mail**<br>Lighthouse Immersive Studios USA Corp.<br>1 Yonge Street<br>Ontario  M5E 2A3<br>Canada | **Served via 1st Class Mail**<br>Lightspeed Retail<br>700 Rue Saint-Antoine E<br>Suite 300<br>Montreal<br>Quebec  H2Y 1A6<br>Canada |
| **Served via 1st Class Mail**<br>Linda Litwack<br>2 Flanders Road<br>Toronto<br>Ontario  M6C 3K6<br>Canada | **Served via 1st Class Mail**<br>Maria Klos Padi<br>102-220 Lake Promenade<br>Etobicoke<br>Ontario  M8W 1A9<br>Canada |
| **Served via 1st Class Mail**<br>Michael Zarathus-Cook<br>72 Vermont Ave, Apt B<br>Toronto<br>Ontario  M6G 1X9<br>Canada | **Served via 1st Class Mail**<br>Natasha Abramova<br>1 Yonge Street<br>Toronto<br>Ontario  M5E 2A3<br>Canada |
| **Served via 1st Class Mail**<br>Ocean Stream Inc.<br>146 Thirtieth Street<br>Etobicoke<br>Ontario  M8W 3C4<br>Canada | **Served via 1st Class Mail**<br>Peder Pedersen<br>3506-181 Dundas Street E<br>Toronto  M5A 0N5<br>Canada |
| **Served via 1st Class Mail**<br>PricewaterhouseCoopers LLP<br>PwC Tower<br>18 York Street, Suite 2600<br>Toronto<br>Ontario  M5J 0B2<br>Canada | **Served via 1st Class Mail**<br>Production Resource Group ("PRG")<br>c/o LockBox 91766<br>PO Box 49 Stn A<br>Toronto<br>Ontario  M5W E9<br>Canada |
| **Served via 1st Class Mail**<br>Richard Vainio<br>462 Rhodes Avenue<br>Toronto  M4L 3A5<br>Canada | **Served via 1st Class Mail**<br>Royal Bank of Canada<br>36 York Mills Road, 4th Flr.<br>North York<br>Ontario  M2P 2E9<br>Canada |

| Served via 1st Class Mail | Served via 1st Class Mail |
|---|---|
| Safety First Training<br>2425 Matheson Blvd E, 8th Flr<br>Mississauga<br>Ontario  L4W 5K4<br>Canada | SFIR Consulting Ltd.<br>30 Ohr Menachem Way<br>Thornhill<br>Ontario  L4J 8X7<br>Canada |
| Show One Productions Inc.<br>1 Yonge Street<br>Ontario  M5E 2A3<br>Canada | Silent Beats Events<br>5247 Marcel Cres.<br>Niagara Falls<br>Ontario  L2E7M5<br>Canada |
| Simon Clemo<br>478 Salem Avenue N.<br>Toronto<br>Ontario  M6H 3H1<br>Canada | Slava Z Holdco Inc.<br>16 McCombe Lane<br>Maple<br>Ontario  L6A 4G2<br>Canada |
| Starvox Entertainment Inc.<br>1 Yonge Street<br>Ontario  M5E 2A3<br>Canada | Stosic & Associates Ltd.<br>385 Brunswick Ave, Ste 54<br>Toronto<br>Ontario  M5R 3R1<br>Canada |
| The Printing House (CAD)<br>1403 Bathurst Street<br>Toronto<br>Ontario  M5R 3H8<br>Canada | twenty6two International Inc.<br>320 Davenport Road, Unit 200<br>Toronto<br>Ontario  M5R 1K6<br>Canada |
| Banco de Mexico<br>Banco central en<br>Av. 5 de Mayo 2<br>Colonia Centro, Centro<br>Cuauhtémoc, Código<br>Alcaldía Ciudad de México  06000<br>CDMX Mexico | akg-images Ltd<br>42 Beulah Road, Unit 1<br>London  SW19 3SB<br>England |
| Tickx Limited<br>11 Leadenhall Street<br>London  EC3V 1LP<br>England | Eccentric Visions LLC<br>Visioni Eccentriche<br>Via Isidoro del Lungo<br>Rome  26 - 00137<br>Italy |

**Served via 1st Class Mail**
Tuff Gong International Ltd.
220 Marcus Garvey Drive
Kingston 11 Jamaica
W.I.

**Served via 1st Class Mail**
2150 Investment Co.
Attn: Gerald Quinn
4329 Shelbourne Lane
Columbus OH 43220

**Served via 1st Class Mail**
850 E 72nd LLC
c/o Cushman and Wakefield
Attn: Rico Pietro
3 Summit Park Drive
Suite 200
Independence OH 44131

**Served via 1st Class Mail**
LEGAL SERVICE
Albert Asante
c/o Americhoice Incorporators Ltd.
1201 N. Orange Street
Suite 762
Wilmington DE 19801

**Served via 1st Class Mail**
LEGAL SERVICE
Anida N Chareunsouk
c/o Americhoice Incorporators Ltd.
1201 N. Orange Street
Suite 762
Wilmington DE 19801

**Served via 1st Class Mail**
Apply Stickers Inc.
90 Furman St.
Brooklyn NY 11201

**Served via 1st Class Mail**
Araca Merchandise LP
545 West 45th Street, 10th Flr
New York NY 10036

**Served via 1st Class Mail**
LEGAL SERVICE
Aryel Gullion
c/o Americhoice Incorporators Ltd.
1201 N. Orange Street
Suite 762
Wilmington DE 19801

**Served via 1st Class Mail**
Avalara
Dept CH 16781
Palantine IL 60055

**Served via 1st Class Mail**
LEGAL SERVICE
Barclay Damon LLP
c/o Americhoice Incorporators Ltd.
1201 N. Orange Street
Suite 762
Wilmington DE 19801

**Served via 1st Class Mail**
LEGAL SERVICE
Beth Zylski
c/o Americhoice Incorporators Ltd.
1201 N. Orange Street
Suite 762
Wilmington DE 19801

**Served via 1st Class Mail**
Carol Fox and Associates, Inc.
1412 W. Belmont Ave.
Chicago IL 60657

**Served via 1st Class Mail**
LEGAL SERVICE
Checkr
c/o Americhoice Incorporators Ltd.
1201 N. Orange Street
Suite 762
Wilmington DE 19801

**Served via 1st Class Mail**
Christopher Badi Hougland
7902 Kara Court
Greenbelt MD 20770

| | |
|---|---|
| **Served via 1st Class Mail**<br>Randye B. Soref<br>City National Bank<br>c/o Polsinelli PC<br>2049 Century Park East, Ste 2900<br>Los Angeles CA 90067 | **Served via 1st Class Mail**<br>Michael V. DiPietro<br>City National Bank<br>c/o Polsinelli PC<br>222 Delaware Avenue, Ste 1101<br>Wilmington DE 19801 |
| **Served via 1st Class Mail**<br>LEGAL SERVICE<br>Corey Ross Productions Inc.<br>c/o Americhoice Incorporators Ltd.<br>1201 N. Orange Street<br>Suite 762<br>Wilmington DE 19801 | **Served via 1st Class Mail**<br>LEGAL SERVICE<br>Daniel Swartz<br>c/o Americhoice Incorporators Ltd.<br>1201 N. Orange Street<br>Suite 762<br>Wilmington DE 19801 |
| **Served via 1st Class Mail**<br>LEGAL SERVICE<br>Dina E. Meyers<br>c/o Americhoice Incorporators Ltd.<br>1201 N. Orange Street<br>Suite 762<br>Wilmington DE 19801 | **Served via 1st Class Mail**<br>Diversified Int'l Service Logistics System Corp<br>1805 Rollins Road<br>Burlingame CA 94010 |
| **Served via 1st Class Mail**<br>Eamotion, LLC<br>235 Park Ave S Fl 9<br>New York NY 10003 | **Served via 1st Class Mail**<br>Flyspace Productions<br>2731 N. Charles Street<br>Pittsburgh PA 15217 |
| **Served via 1st Class Mail**<br>Harlon, LLC<br>603 S Saylor Ave<br>Elmhurst IL 60126 | **Served via 1st Class Mail**<br>HC Marketing<br>La Prada Place<br>Las Vegas NV 89138 |
| **Served via 1st Class Mail**<br>Herc Rentals Inc.<br>27500 Riverview Center Blvd<br>Suite 100<br>Bonita Springs FL 34134 | **Served via 1st Class Mail**<br>LEGAL SERVICE<br>Immersive Art Space LP<br>c/o Americhoice Incorporators Ltd.<br>1201 N. Orange Street<br>Suite 762<br>Wilmington DE 19801 |
| **Served via 1st Class Mail**<br>Impact Museums Inc.<br>Attn: Travis S. Hunter<br>c/o Richards Layton & Finger<br>One Rodney Square<br>920 N. King Street<br>Wilmington DE 19801 | **Served via 1st Class Mail**<br>Ingram Publisher Services LLC<br>4400 Harding Pike<br>Nashville TN 37205 |

Case 23-11021-LSS    Doc 46    Filed 12/07/23    Page 9 of 11

| | |
|---|---|
| **Served via 1st Class Mail**<br>JobTarget<br>600 Summer St 5th Floor<br>Stamford CT 06901 | **Served via 1st Class Mail**<br>JobTarget<br>Dept CH 16743<br>Palatine IL 60055-6743 |
| **Served via 1st Class Mail**<br>John B. Caprio<br>1100 Grant Street<br>Unit 408<br>Denver CO 80203 | **Served via 1st Class Mail**<br>LHIM Productions, LLC<br>Attn: Travis S. Hunter<br>c/o Richards Layton & Finger<br>One Rodney Square<br>920 N. King Street<br>Wilmington DE 19801 |
| **Served via 1st Class Mail**<br>Scott B. Lepene<br>LHIMP (ABC), LLC<br>c/o Thompson Hine LLP<br>3900 Key Center<br>127 Public Square<br>Celeveland OH 44114-1291 | **Served via 1st Class Mail**<br>Matthew P. Ward<br>Morgan L. Patterson<br>LHIMP (ABC), LLC<br>c/o Womble Bond Dickinson<br>1313 N. Market St., Ste 1200<br>Wilmington DE 19801 |
| **Served via 1st Class Mail**<br>LEGAL SERVICE<br>Lighthouse Immersive Studios Inc.<br>c/o Americhoice Incorporators Ltd.<br>1201 N. Orange Street<br>Suite 762<br>Wilmington DE 19801 | **Served via 1st Class Mail**<br>LEGAL SERVICE<br>Lighthouse Immersive Studios USA Corp.<br>c/o Americhoice Incorporators Ltd.<br>1201 N. Orange Street<br>Suite 762<br>Wilmington DE 19801 |
| **Served via 1st Class Mail**<br>LEGAL SERVICE<br>Lighthouse Magic Maze USA Inc.<br>c/o Americhoice Incorporators Ltd.<br>1201 N. Orange Street<br>Suite 762<br>Wilmington DE 19801 | **Served via 1st Class Mail**<br>Maestro Immersive Art, Inc.<br>2005 Palmer Avenue #1013<br>Larchmont NY 10538 |
| **Served via 1st Class Mail**<br>Maestro Immersive Art, Inc.<br>c/o The Corporation<br>4 Harness Court<br>North Salem NY 10560 | **Served via 1st Class Mail**<br>Meta Platforms, Inc.<br>15161 Collections Center Dr.<br>Chicago IL 60693 |
| **Served via 1st Class Mail**<br>LEGAL SERVICE<br>Michael Nott<br>c/o Americhoice Incorporators Ltd.<br>1201 N. Orange Street<br>Suite 762<br>Wilmington DE 19801 | **Served via 1st Class Mail**<br>Microcosm<br>2752 North Williams Avenue<br>Portland OR 97227 |

| | |
|---|---|
| **Served via 1st Class Mail**<br>Move Solutions<br>2201 Chemsearch Boulevard<br>Dept DA<br>Irving TX 75062 | **Served via 1st Class Mail**<br>Natalia Holler<br>130 Columbus Avenue<br>Boston MA 2116 |
| **Served via 1st Class Mail**<br>NYC & Company, Inc<br>810 7th Avenue 3rd Floor<br>New York NY 10019 | **Served via 1st Class Mail**<br>LEGAL SERVICE<br>Parker Sela<br>c/o Americhoice Incorporators Ltd.<br>1201 N. Orange Street<br>Suite 762<br>Wilmington DE 19801 |
| **Served via 1st Class Mail**<br>Plexi-Craft Quality Products Corp.<br>200 Lexington Avenue<br>Suite 914<br>New York NY 10016-9994 | **Served via 1st Class Mail**<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York NY 10036 |
| **Served via 1st Class Mail**<br>R2 Property Management, LLC<br>Attn: Marc Garrison<br>1315 N. North Branch Street<br>Suite D<br>Chicago IL 60642 | **Served via 1st Class Mail**<br>Regency Realty Investors, LLC<br>Attn: Isiah R. Salazar<br>2500 17th Street<br>Suite 201<br>Denver CO 80211 |
| **Served via 1st Class Mail**<br>Rita Russo<br>1105 Canyon View Road<br>Apt. 106<br>Sagamore Hills OH 44067 | **Served via 1st Class Mail**<br>Rivers & Moorehead PLLC<br>398 S. Mill Avenue, Suite 307<br>Tempe AZ 85281-2840 |
| **Served via 1st Class Mail**<br>Rumor Agency<br>1105 Canyon View Road 106<br>Sagamore Hills OH 44067 | **Served via 1st Class Mail**<br>SCS Finance, Inc.<br>874 Walker Road, Ste. C<br>Dover DE 19904 |
| **Served via 1st Class Mail**<br>LEGAL SERVICE<br>Sean Richards<br>c/o Americhoice Incorporators Ltd.<br>1201 N. Orange Street<br>Suite 762<br>Wilmington DE 19801 | **Served via 1st Class Mail**<br>Sprout Social, Inc.<br>131 S Dearborn St., Ste 700<br>Chicago IL 60603 |

| | |
|---|---|
| **Served via 1st Class Mail**<br>LEGAL SERVICE<br>Starvox Entertainment Inc.<br>c/o Americhoice Incorporators Ltd.<br>1201 N. Orange Street<br>Suite 762<br>Wilmington DE 19801 | **Served via 1st Class Mail**<br>Stephen D. Rothschild<br>King, Holmes, Paterno & Soriano, LLP<br>1900 Avenue of the Stars<br>Twenty Fifth Floor<br>Los Angeles CA 90067-4506 |
| **Served via 1st Class Mail**<br>Technology Humans and Taste LLC<br>120 Walker Street<br>Floor 2<br>New York NY 10013 | **Served via 1st Class Mail**<br>The Sterling Law Office LLC<br>112 South Sangamon Street<br>Suite 101<br>Chicago IL 60607 |
| **Served via 1st Class Mail**<br>U.S. Law Group<br>427 North Canon Drive<br>Suite 206<br>Beverly Hills CA 90210 | **Served via 1st Class Mail**<br>U.S. Trustee<br>District of Delaware<br>844 King Street, Ste. 2207<br>Lockbox #35<br>Wilmington DE 19801 |
| **Served via 1st Class Mail**<br>Uline<br>12575 Uline Drive<br>Pleasant Prairie WI 53158 | **Served via 1st Class Mail**<br>UPS Supply Chain Solutions, Inc.<br>28013 Network Place<br>Chicago IL 60673-1280 |
| **Served via 1st Class Mail**<br>LEGAL SERVICE<br>Vadim Korol<br>c/o Americhoice Incorporators Ltd.<br>1201 N. Orange Street<br>Suite 762<br>Wilmington DE 19801 | **Served via 1st Class Mail**<br>Waldman Hirsch and Company, LLP<br>3 Second Street<br>Suite 204<br>Jersey City NJ 07311 |
| **Served via 1st Class Mail**<br>LEGAL SERVICE<br>William Thompson<br>c/o Americhoice Incorporators Ltd.<br>1201 N. Orange Street<br>Suite 762<br>Wilmington DE 19801 | **Served via 1st Class Mail**<br>Wilson Sonsini Goodrich Rosati<br>PO Box 742866<br>Los Angeles CA 90074-2866 |
| **Served via 1st Class Mail**<br>Young Conaway Stargatt & Taylor, LLP<br>1000 North King Street<br>Wilmington DE 19801 | |